UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdo Doe, et al., | |
| Plaintiffs, | |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

26-CV-2280 (DEH)

ORDER

DALE E. HO, United States District Judge:

This case has been assigned to me for all purposes as related to *Noor Doe v. Noem, et al.*, No. 26 Civ. 2103.  On March 20, 2026, the Court held an initial conference in Case No. 26 Civ. 2103, attended by counsel for the Plaintiffs in that case, counsel for the Plaintiffs in this case, and counsel for the Defendants in both cases.

The parties proposed a briefing schedule in that case in Case No. 26 Civ. 2103, which the Court adopted in part.  Consistent with that schedule, if Plaintiffs in this case intend to move for a Preliminary Injunction, they shall file their Motion and accompanying papers by **Wednesday, March 25, 2026**.  Plaintiffs in this case should attempt to limit the content of their brief to arguments not addressed by the Plaintiffs in Case No. 26 Civ. 2103.  If Plaintiffs file a Preliminary Injunction Motion, Defendants' Brief in Opposition is due on **April 6, 2026** and should take the form of a single consolidated brief opposing the motions in both cases.  Should Defendants require excess pages to address all arguments, they should meet and confer with the Plaintiffs in both cases and then file a letter requesting leave to do so.  Plaintiffs' Reply shall be due by **April 13, 2026**. Hearing on Motions in both cases will be consolidated for a single argument held at **10:00 a.m. on April 16, 2026** in Courtroom 905 of the Thurgood Marshall Courthouse.

Plaintiffs' counsel are directed to (1) promptly serve Defendants with a copy of the Complaint and a copy of this Order, and (2) to file proof of such services on the docket by no later than **5:00 p.m. ET today, March 23, 2026**.  Counsel for Defendants shall promptly enter notices of appearance.

SO ORDERED.

Dated: March 23, 2026
       New York, New York

_____
DALE E. HO
United States District Judge

2