**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

Abdo DOE, Hadeel DOE, Faiz DOE, Ebe DOE, Sam DOE, Ali DOE, and Fahad DOE, on their own behalf and on behalf of others similarly situated,

*Plaintiffs*,

– *versus* –

Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,

*Defendants*.

**Case No. 1:26-cv-02280-DEH**

---

**NOTICE OF MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION**

PLEASE TAKE NOTICE that Plaintiffs will move this Court, on a date to be determined by the Court, for postponement of the effective date of agency action pursuant to 5 U.S.C. § 705. As described more fully in their supporting memorandum and declaration, Plaintiffs seek an order postponing, during the pendency of this action, the effective date of Defendants' termination of Temporary Protected Status (TPS) for Yemen. In support of their motion, Plaintiffs file their Memorandum of Law in Support of Motion to Postpone Agency Action, dated March 25, 2026, the Declaration of Razeen Zaman, dated March 25, 2026, with Exhibits 1–18.

1

Dated: March 25, 2026

Respectfully submitted,

/s/ *Razeen Zaman*
Razeen Zaman
Helen Anne Schutz Lo*
Dinesh McCoy**
Phi Nguyen**
Niji Jain
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
Tel: (212) 966-5932
rzaman@aaldef.org
alo@aaldef.org
dmccoy@aaldef.org
pnguyen@aaldef.org
njain@aaldef.org

Shayana Kadidal [SK-1278]
Angelo Guisado
Baher Azmy [BA-8406]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6451
kadidal@ccrjustice.org
aguisado@ccrjustice.org
bazmy@ccrjustice.org

*Counsel for Plaintiffs*

*\*Application for admission pending*

*\*\*Application for admission Pro Hac Vice
forthcoming*