**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Abdo DOE, Hadeel DOE, Faiz DOE, Ebe DOE, Sam DOE, Ali DOE, and Fahad DOE, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>– *versus* –<br><br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | **Case No. 1:26-cv-02280-DEH** |

**DECLARATION OF RAZEEN ZAMAN IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION**

I, Razeen Zaman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of eighteen and competent to make this declaration. I am an attorney at law licensed to practice in New York. I am the Immigrant Rights Director at the Asian American Legal Defense and Education Fund and counsel for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2.      I submit this declaration to provide the Court with true and correct copies of the following documents submitted in support of Plaintiffs' motion to postpone effective date of agency action:

**Exhibit 1** is a true and correct declaration of Aaron Reichlin-Melnick, dated March 23, 2026.

**Exhibit 2** is a true and correct copy of the document titled "The Contributions of Temporary Protected Status Holders to the U.S. Economy" (Sep. 2023). The document was downloaded at my direction on March 24, 2026, and is available on the American Immigration Council's website at https://www.americanimmigrationcouncil.org/wp-content/uploads/2025/01/contributionstemporaryprotectedstatus_0923.pdf.

**Exhibit 3** is a true and correct copy of the article titled "New York's Yemeni-American community undecided on Trump, Harris" (Nov. 1, 2024). The webpage was captured at my direction on March 25, 2026, and is available at https://www.trtworld.com/article/18227281.

**Exhibit 4** is a true and correct copy of the report titled "DHS Tracking of Visa Overstays is Hindered by Insufficient Technology" (May 1, 2017). The report was downloaded at my direction on March 24, 2026, and is available on the DHS website at https://www.oig.dhs.gov/sites/default/files/assets/2017/OIG-17-56-May17_0.pdf.

**Exhibit 5** is a true and correct screen capture of an X post made by Secretary Kristi Noem on December 1, 2025. The image was captured at my direction on March 24, 2026, and is available at https://x.com/Sec_Noem/status/1995642101779124476.

**Exhibit 6** is a true and correct copy of the document titled "TPS Terminations and Orderly Transition Periods Prior to Current Trump Administration." This document was initially submitted as an exhibit in the matter of *National TPS Alliance v. Noem* and is available on the public docket for said matter. No. 3:25-cv-005687-TLT, Dkt. No. 28 (N.D. Cal. 2025).

**Exhibit 7** is a true and correct copy of the declaration of Stacy Tolchin, dated March 22, 2026.

**Exhibit 8** is a true and correct screen capture of the article titled "Exclusive: US diplomats asked if non-whites qualify for Trump refugee program for South Africans" (July 26, 2025). The webpage was captured at my direction on March 25, 2026, and is available on the Reuters website at https://www.reuters.com/world/africa/us-diplomats-asked-if-non-whites-qualify-trump-refugee-program-south-africans-2025-07-25/.

**Exhibit 9** is a true and correct screen capture of the article titled "Trump Administration Is Said to Plan to Cut Refugee Admissions to a Record Low" (Oct. 3, 2025). The webpage was captured at my direction on March 25, 2026, and is available on the New York Times website at https://www.nytimes.com/2025/10/03/us/politics/trump-refugee-admissions-south-africa.html.

**Exhibit 10** is a true and correct copy of a USCIS policy memorandum, dated December 2, 2025, with the subject "Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries." This memo was downloaded at my direction on March 25, 2026, and is available on the USCIS website at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf.

**Exhibit 11** is a true and correct copy of the webpage "Immigrant Visa Processing Updates for Nationalities at High Risk of U.S. Public Benefits Reliance." The webpage was captured at my direction on March 24, 2026, and is available on the Travel.State.gov website at https://travel.state.gov/content/travel/en/News/visas-news/immigrant-visa-processing-updates-for-nationalities-at-high-risk-of-public-benefits-usage.html.

**Exhibit 12** is a true and correct copy of the declaration of Plaintiff Fahad Doe, dated March 21, 2026.

**Exhibit 13** is a true and correct copy of the declaration of Plaintiff Ebe Doe, dated March 21, 2026.

**Exhibit 14** is a true and correct copy of the declaration of Plaintiff Faiz Doe, dated March 21, 2026.

**Exhibit 15** is a true and correct copy of the declaration of Plaintiff Ali Doe, dated March 21, 2026.

**Exhibit 16** is a true and correct copy of the declaration of Plaintiff Sam Doe, dated March 21, 2026.

**Exhibit 17** is a true and correct copy of the declaration of Plaintiff Abdo Doe, dated March 21, 2026.

**Exhibit 18** is a true and correct copy of the declaration of Plaintiff Hadeel Doe, dated March 21, 2026.

*       *       *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief at the time of presentation.

EXECUTED on March 25, 2026

/s/ Razeen Zaman
Razeen Zaman