

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 27, 2026

**VIA ECF**
The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Doe et al. v. Mullin et al.*,[1] No. 26 Civ. 2280 (DEH)

Dear Judge Ho:

      This Office represents defendants (the "government") in the above-referenced putative class action challenging the decision of the Secretary of Homeland Security to terminate Yemen's Temporary Protected Status designation. With Plaintiffs' consent, the government writes to seek an extension of its deadline to oppose Plaintiffs' motion for class certification.

      Yesterday, Plaintiffs moved for class certification. *See* Dkt. Nos. 25-27. Pursuant to this District's Local Rules, the government's opposition to Plaintiffs' motion is currently due on April 9, 2026, and Plaintiffs' reply is due on April 16, 2026. *See* Local Rule 6.1(b). With Plaintiffs' consent, the government proposes that its opposition instead be due on May 28, 2026. Plaintiffs ask that their reply be due on June 11, 2026. This schedule will allow the parties to defer any further briefing on class certification until after the Court has ruled on Plaintiffs' motion to postpone under 5 U.S.C. § 705.

      The parties thank the Court for its consideration of these matters.

Respectfully,

**Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 28.**

JAY CLAYTON
United States Attorney for the
Southern District of New York

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 31, 2026
New York, New York

By:   /s/ Mark Osmond
     MARK OSMOND
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, NY 10007
     Tel.: (212) 637-2713
     mark.osmond@usdoj.gov

cc:    All Counsel of Record (via ECF)

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for former Secretary Kristi Noem pursuant to Federal Rule of Civil Procedure 25(d).