UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdo Doe, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>Defendants. | 26-CV-2280 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

A hearing on the Plaintiffs' motions to postpone agency action is scheduled in the above-captioned cases at 10:00 am on April 16, 2026. Plaintiffs are **ORDERED** to be prepared to address whether they intend to challenge any of the Government's privilege assertions in producing the Certified Administrative Record in these cases. The Parties are further **ORDERED** to be prepared to discuss the relevance, if any, of the extra-record discovery produced in *National TPS Alliance v. Noem*, No. 3:25 Civ. 1766, (N.D. Cal.), as indicated in a lodging filed with the Supreme Court in *Miot, et al. v. Trump, et al.*, No. 25-1084 (docketed at 25-1083), on April 13, 2026, available at: https://www.supremecourt.gov/DocketPDF/25/25-1083/404240/20260413152220287_Respondents%20Lodging%20in%2024-1084.pdf.

SO ORDERED.

Dated: April 15, 2026
    New York, New York

_____
DALE E. HO
United States District Judge