PRE-DECISIONAL/DELIBERATIVE

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

 **U.S. Citizenship and Immigration Services**

**December 18, 2025**

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:          Joseph B. Edlow
               Director

SUBJECT:       **Review of the Designation of Yemen for Temporary Protected Status**

---

**Recommendation:** U.S. Citizenship and Immigration Services (USCIS) is recommending the termination of the designation of Yemen for Temporary Protected Status based on a review of current conditions in the country and an analysis of the statutory bases for which Yemen is currently designated.  USCIS has determined that Yemen no longer meets the statutory criteria for experiencing ongoing armed conflict that poses a serious threat to the personal safety of returning Yemeni nationals.  Additionally, USCIS has further assessed that while extraordinary and temporary conditions in Yemen may prevent certain Yemenis from safely returning, permitting Yemeni nationals to remain temporarily in the United States is contrary to the U.S. national interest due to the lack of vetting the identity of their own nationals and strong presence of terrorist organizations.

**Purpose:** Yemen's designation for Temporary Protected Status will expire March 3, 2026.  At least 60 days before a Temporary Protected Status designation expires, the Secretary, after consultation with appropriate U.S. government agencies, is required to review the conditions in the designated country to determine whether the conditions supporting the designation continue to be met, and, if so, the length of an extension of the designation.[1]  If the Secretary determines the country no longer meets the statutory conditions for designation, she shall terminate the designation.[2]  If the Secretary does not make a timely determination as to whether the country continues meet the conditions for the Temporary Protected Status designation, the designation is automatically extended for an additional period of at least six months.[3]  **A timely determination must be made by January 2, 2026.**

---

[1] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(A); 8 U.S.C. 1254a(b)(3)(A).  *See generally* Attachment A: Temporary Protected Status Legal Authority.

[2] *See* INA sec. 244(b)(3)(B); 8 U.S.C. 1254a(b)(3)(B).

[3] *See* INA sec. 244(b)(3)(C); 8 U.S.C. 1254a(b)(3)(C).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 2

After review of current conditions in Yemen and an analysis of factors including fraud, public safety, national security, immigration integrity, and foreign policy, USCIS believes that application of the statutory framework supports a finding of termination. Extraordinary and temporary conditions in Yemen may impede the ability of some Yemeni to return safely to Yemen, but USCIS believes that permitting Yemeni nationals to remain temporarily in the United States is contrary to the U.S. national interest. Accordingly, USCIS presents a recommendation of termination for your consideration.

As part of the review process, USCIS consulted with the U.S. Department of State (State). State's assessment confirmed that termination of the Temporary Protected Status Designation would not pose negative foreign policy concerns.

Temporary Protected Status, as evidenced in the name, and congressional intent is inherently temporary. Designations are time-limited and must be periodically reviewed.[4] Temporary Protected Status decisions are not subject to judicial review.[5]

**Temporary Protected Status Overview:** Yemen was initially designated for Temporary Protected Status on September 3, 2015, based on a finding that there was an ongoing armed conflict and that, due to that conflict, requiring nationals of Yemen to return would pose a serious threat to their personal safety.[6] Following the initial designation, DHS extended or extended and newly designated (a phenomenon previous secretaries referred to as a "redesignation" even though that term is not based on the Temporary Protected Status statute) Yemen for Temporary Protected Status in 2017,[7] 2018,[8] 2020,[9] 2021,[10] 2023,[11] and 2024.[12] On January 4, 2017, Yemen's designation was extended, and Yemen was newly designated for Temporary Protected Status for 18 months on the dual bases of ongoing armed conflict and extraordinary and temporary conditions. The former Secretaries subsequently extended Yemen's Temporary Protected Status designation in 2018 and 2020. Beginning in 2021, the former Secretary extended the designation and newly designated Yemen in 2021, 2023, and 2024 on the statutory bases of ongoing armed conflict and extraordinary and temporary conditions.

To be eligible for Temporary Protected Status under Yemen's current designation, along with meeting the other eligibility requirements, aliens must have continuously resided in the United States since July 2, 2024, and have been continuously physically present in the United States since September 4, 2024. TPS for Yemen is set to expire on March 3, 2026. There are currently

---

[4] *See* INA sec. 244(b)(3); 8 U.S.C. 1254a(b)(3).

[5] *See* INA sec. 244(b)(5)(A); 8 U.S.C. 1254a(b)(5)(A).

[6] Designation of the Republic of Yemen for Temporary Protected Status, 80 FR 53319, (Sept. 3, 2015).

[7] Extension and Redesignation of Yemen for Temporary Protected Status, 82 FR 859 (Jan. 4, 2017).

[8] Extension of the Designation of Yemen for Temporary Protected Status, 83 FR 40307 (Aug. 14, 2018).

[9] Extension of the Designation of Yemen for Temporary Protected Status, 88 FR 12313 (Mar. 2, 2020).

[10] Extension and Redesignation of Yemen for Temporary Protected Status, 86 FR 36295 (July 7, 2021).

[11] Extension and Redesignation of Yemen for Temporary Protected Status, 88 FR 94 (Jan. 3, 2023).

[12] Extension and Redesignation of Yemen for Temporary Protected Status, 89 FR 56765 (July 10, 2024).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 3

approximately 2,810 **beneficiaries and** approximately 425 pending applications[13] under Yemen's Temporary Protected Status designation.[14]

**Description of Country Conditions:** Yemen's current Temporary Protected Status designation is based on the "ongoing armed conflict"[15] and "extraordinary and temporary conditions"[16] grounds in Section 244(b)(1) of the Immigration and Nationality Act.

USCIS' review included examining: (a) whether there is ongoing armed conflict within the state, and (b) whether due to such conflict, requiring aliens who are nationals of that state to return would pose a serious threat to their personal safety. It also included reviewing: (c) whether extraordinary and temporary conditions in Yemen prevent Yemeni nationals from returning in safety exist, and if permitting Yemeni nationals to remain temporarily in the United States is contrary to the national interest of the United States.

Ongoing Armed Conflict
The Temporary Protected Status statute provides that the Secretary, after consultation with appropriate agencies of the government, may designate a foreign state for Temporary Protected Status or extend an existing designation if she determines that there is an ongoing armed conflict within the state and, due to such conflict, requiring aliens who are nationals to return to that state would pose a serious threat to their personal safety.[17] After reviewing current country conditions in Yemen, USCIS determined that while there still is intermittent armed conflict in Yemen, due to improvements in the country, the conflict no longer poses a serious threat to the personal safety of returning Yemenis. The full USCIS reports upon which this recommendation is based can be found in Attachments B and C.[18] A detailed discussion of these country conditions follows.

Yemen, a country of approximately 39 million people,[19] entered a prolonged and still unresolved violent conflict in 2014, when the Houthi movement – also known as Ansar Allah – and forces allied with them, attempted to remove Yemen's then-sitting President, Abdu Rabbu Hadi.[20] The Houthi forces launched a successful attack on Sana'a, Yemen's capital, capturing it and eventually forcing Yemeni government leaders into exile in Saudi Arabia. A violent territorial expansion

---

[13] Estimate as of December 8, 2025. "Pending applications" includes both applications from current beneficiaries and non-current beneficiaries.

[14] The DHS Office of Homeland Security Statistics estimates that an additional approximately 1000 nationals of Yemen who entered the United States since July 2, 2024, could become newly eligible for Temporary Protected Status if Yemen is newly designated. Estimate as of October 21, 2025.

[15] INA sec. 244(b)(1)(A), (b)(3).

[16] INA sec. 244(b)(1)(C), (b)(3).

[17] INA sec. 244(b)(1)(A), (b)(3).

[18] *See* Attachments B and C.

[19] Yemen Data, World Health Organization, https://data.who.int/countries/887 (last visited Dec. 10, 2025).

[20] Yemen: Conflict, Red Sea Attacks, and U.S. Policy, Congressional Research Studies, July 22, 2025, https://www.congress.gov/crs-product/IF12581#:~:text=Yemen%20is%20a%20conflict%2Dafflicted,and%20other%20anti%2DHouthi%20forces.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 4

across much of the country's north followed,[21] which prompted a Saudi-led coalition to intervene into what quickly became a protracted regional proxy war between Saudi Arabia and Iran.[22]

In January 2017, with the death toll officially reaching over 10,000, the conflict was considered by some in the international community to be a civil war.[23]  In November 2019, the head of the internationally-recognized government of Yemen, President Hadi, allied with a southern separatist group,[24] forming the Southern Transitional Council and challenging the Houthis' de facto authority.[25]  The primary domestic sides to the conflict are the Houthis on one side, and the Southern Transitional Council and the internationally-recognized government and coalition (led by Saudi Arabia, and including the United Arab Emirates, Kuwait, Bahrain, Egypt, Sudan, and Morocco),[26] on the other.[27]  Each side is supported by multiple domestic and international actors.[28] The internationally recognized Yemeni government, as well as the Houthis, face significant political, military, and economic challenges, generally resulting in a stalemate.[29]

The conflict in Yemen since 2014 has directly affected the physical security of the civilian population throughout the country.[30]  Tactics by the Houthi forces, the international coalition, and domestic and international terrorist organizations operating inside of Yemen previously put civilians at significant risk of harm.

Notable improvements in Yemen have been observed since April 2022.  The United Nations brokered a two-month nationwide truce between the warring parties in Yemen, which was

---

[21] Ben Watson, The War in Yemen and the Making of a Chaos State, The Atlantic, Feb. 3, 2018, https://www.theatlantic.com/international/archive/2018/02/the-war-in-yemen-and-the-making-of-a-chaos-state/551987/.

[22] Associated Press, Saudi Arabia praises 'positive results' after Yemen's Houthi rebels visit kingdom for peace talks, Sept. 30, 2023, https://apnews.com/article/saudi-arabia-yemen-war-peace-talks-d2a9ad9efe1ab0b4f5d51597098f46a2

[23] Yemen conflict: At least 10,000 killed, says UN, British Broadcasting Corporation, Jan. 17, 2017, https://www.bbc.com/news/world-middle-east-38646066; The deadly war in Yemen rages on. So why does the death toll stand still?, Washington Post, Aug. 3, 2018, https://www.washingtonpost.com/world/the-deadly-war-in-yemen-rages-on-so-why-does-the-death-toll-stand-still-/2018/08/02/e6d9ebca-9022-11e8-ae59-01880eac5f1d_story.html; Florence Gaub, Civil wars: a very short introduction, European Union Institute for Security Studies, Oct. 2013, https://ciaotest.cc.columbia.edu/pbei/weu/0029419/f_0029419_23869.pdf.

[24] The Riyadh Agreement: Yemen's new cabinet and what remains to be done, Middle East Institute, Feb. 1, 2021, https://www.mei.edu/publications/riyadh-agreement-yemens-new-cabinet-and-what-remains-be-done.

[25] Conflict in Yemen and the Red Sea, Mar 26, 2025, Council on Foreign Relations, https://www.cfr.org/global-conflict-tracker/conflict/war-yemen.

[26] Daniel L. Byman, Saudi Arabia And the United Arab Emirates Have a Disastrous Yemen Strategy, Brookings Institution, July 17, 2018, https://www.brookings.edu/blog/order-from-chaos/2018/07/17/saudi-arabia-and-the-united-arab-emirates-have-a-disastrous-yemen-strategy.

[27] Yemen's Tragedy: War, Stalemate, and Suffering, May 1, 2023, Council on Foreign Relations, https://www.cfr.org/backgrounder/yemen-crisis#chapter-title-0-3

[28] Conflict in Yemen and the Red Sea, Mar 26, 2025, Council on Foreign Relations, https://www.cfr.org/global-conflict-tracker/conflict/war-yemen.

[29] Joshua Yaphe, Who's Winning Yemen's War? No One, National Interest (Oct. 7, 2025), https://nationalinterest.org/blog/middle-east-watch/whos-winning-yemens-war-no-one

[30] Yemen, Human Rights Watch 2024 World Report, Jan. 2025, https://www.hrw.org/world-report/2024/country-chapters/yemen.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 5

extended twice, each time by two months, expiring in October 2022. During the truce's implementation, there was a significant reduction in violence across the country, with the cessation of Saudi-led coalition airstrikes and major ground offensives by both sides, as well as the establishment of some humanitarian measures.[31] Although sporadic events continue to occur along the frontlines, the April 2022 truce remains in effect.[32]

In January 2025, the Houthis' release of "conflict-related detainees" indicated notable progress towards reviving negotiations.[33] In May 2025, a U.N. Special Envoy engaged Yemeni leadership to revive peace talks, focusing on a ceasefire, economic stabilization, and an inclusive political process.[34,35]

Early September 2025 saw skirmishes along the country's southern front lines, resulting in casualties on both sides.[36] Also in early September 2025, fighting occurred east of the city of Taiz, with the Yemeni army defending against the Houthi attackers and forcing the Houthis to retreat.[37] Nonetheless, during a briefing to the United Nations Security Council on September 15, 2025, Special Envoy for Yemen Hans Grundberg said that "relative calm and stability" continue to hold on the frontlines between the Yemeni conflict parties.[38]

Diplomatic efforts continue, including in October 2025, following the announcement of the ceasefire between Israel and Hamas, when Special Envoy Grundberg noted that the ceasefire presents an opportunity to "reinforce regional stability, renew momentum toward peace in Yemen and create conditions that support sustained de-escalation and advance an inclusive political process."[39] In November 2025, Grundberg met with various regional stakeholders and discussed UN efforts to promote discussions aimed at achieving a comprehensive political solution that addresses regional concerns and secures lasting peace and stability in Yemen through "strengthen[ing] regional consensus" and "ensuring a unified international approach in support of

---

[31] Yemen truce renewed for another two months, UN News, Aug. 2, 2022, https://news.un.org/en/story/2022/08/1123832.

[32] Security Council Report, April 2025 Monthly Forecast, Yemen (Mar. 31, 2025), https://www.securitycouncilreport.org/monthly-forecast/2025-04/yemen-77.php

[33] Al Jazeera, Yemen's Houthi rebels release 153 prisoners of war (Jan. 25, 2025), https://www.aljazeera.com/news/2025/1/25/yemens-houthi-rebels-release-153-prisoners-of-war

[34] Security Council Report, April 2025 Monthly Forecast, Yemen (Mar. 31, 2025), https://www.securitycouncilreport.org/monthly-forecast/2025-04/yemen-77.php

[35] United Nations, 9915th Meeting of the United Nations Security Council, (May 14, 2025), https://docs.un.org/en/S/PV.9915

[36] Yemen: October 2025 Monthly Forecast, The Security Council, Sept. 30, 2025, https://www.securitycouncilreport.org/monthly-forecast/2025-10/yemen-83.php.

[37] Yemeni Army Thwarts Houthi Attack East of Taiz, Inflicting Casualties and Losses, Yemen Monitor, Sept. 6, 2025, https://www.yemenmonitor.com/en/Details/ArtMID/908/ArticleID/149300.

[38] Yemen: October 2025 Monthly Forecast, The Security Council, Sept. 30, 2025, https://www.securitycouncilreport.org/monthly-forecast/2025-10/yemen-83.php.

[39] Security Council Report, November 2025 Monthly Forecast, Yemen (Nov. 2, 2025), https://www.securitycouncilreport.org/monthly-forecast/2025-11/yemen-84.php

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 6

the UN's mediation efforts."[40]  Also in November 2025, Grundberg met with the Houthis' Chief Negotiator, focusing on the need for an environment to advance the political process.[41]
In December 2025, the Southern Transitional Council, who remains in alliance with the Yemeni government in opposition to the Houthis, took over two of the eight provinces in Yemen. This territorial expansion does not appear to have been accompanied by violence.[42]

Although there may be sporadic instances of truncated armed conflict in Yemen, improvements demonstrate that this conflict does not appear to pose a threat to the safety of returning Yemeni nationals.

Of particular significance when evaluating the conditions in Yemen and the ability of Yemeni nationals to safety return to Yemen, a number of Yemeni nationals have requested advance parole documents for travel back to Yemen.  This bears directly on the question of whether nationals may safely travel there.  From 2018 through 2025, there were 142 applications for travel to Yemen.[43]

Additionally, U.S. Immigration and Customs Enforcement (ICE) is currently removing aliens to Yemen.  In Fiscal Year 2025, ICE removed approximately 30 aliens to Yemen.[44]

Extraordinary and Temporary Conditions
By statute, the Secretary, after consultation with appropriate agencies of the government, shall extend an existing designation of a foreign state for Temporary Protected Status if she determines that extraordinary and temporary conditions exist in that state which prevent nationals from returning in safety, unless permitting them to remain temporarily in the United States would be contrary to the national interest.[45]

USCIS' review of this Temporary Protected Status basis includes a two-part analysis, examining: (a) whether extraordinary and temporary conditions in Yemen that prevent aliens who are Yemeni nationals from returning to Yemen in safety continue to exist, and (b) if permitting Yemeni nationals to remain temporarily in the United States is contrary to the national interest of the United States.  Based on a thorough review of country conditions, USCIS concludes that conditions in Yemen may impede some nationals from safely returning home.  However, even if these conditions in Yemen impact the ability of certain nationals to return in safety, it is USCIS' view that permitting the Yemeni nationals to remain temporarily in the United States would be contrary to the national

---

[40] Security Council Report, December 2025 Monthly Forecast, Yemen (Nov. 30, 2025), https://www.securitycouncilreport.org/monthly-forecast/2025-12/yemen-85.php

[41] Security Council Report, December 2025 Monthly Forecast, Yemen (Nov. 30, 2025), https://www.securitycouncilreport.org/monthly-forecast/2025-12/yemen-85.php

[42] Yemen's power shift: Will southern separatist push shake fragile peace?, Reuters, Dec. 9, 2025, https://www.reuters.com/world/how-yemens-southern-power-shift-heightens-risk-turbulent-region-2025-12-09/; *see also* Ismaeel Naar, Yemeni Separatists Set Sights on Houthi-Controlled Capital, New York Times, Dec. 10, 2025, https://www.nytimes.com/2025/12/10/world/middleeast/yemen-separatists.html.

[43] USCIS Internal Data, Office of Performance and Quality, U.S. Citizenship and Immigration Services as of Sept. 12, 2025

[44] Estimates as of September 30, 2025.

[45] INA sec. 244(b)(1)(C), (b)(3).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 7

interest of the United States. If the Secretary agrees with this finding, the statute compels a termination of the existing Temporary Protected Status designation.

The most historically populous regions of Yemen in the north are currently ruled by a de facto government, Ansar Allah (commonly referred to as "the Houthis"), that has been designated as a Foreign Terrorist Organization by the U.S. Department of State.[46] As millions fled Houthi-controlled areas,[47] internal displacement introduced a host of problems to relatively more stable regions in Yemen.[48] For example, internal displacement doubled the water demand in areas with large internally displaced persons camps.[49] The crucial challenge facing people living outside of Houthi-controlled areas is the "complete collapse of government institutions," which exacerbates all the other challenges Yemenis face.[50]

Despite these negative conditions, the United Nations Development Programme, in partnership with the World Bank and others, is implementing agricultural and water infrastructure projects to improve food security, expand irrigated land, and create employment opportunities.[51] The Norwegian Refugee Council has enhanced access to clean water and sanitation for over 52,000 people through well rehabilitation and sanitation services.[52]

The United Nations Development Programme partnered with the World Bank, Social Fund for Development, and the Global Agriculture and Food Security Program to implement the Food Security Response and Resilience Project to construct rainwater harvesting reservoirs, prevent land erosion, and preserve agricultural lands, all while creating employment opportunities for local communities and facilitating their access to water for irrigation and livestock, offering a holistic approach to tackling food insecurity.[53] Notably, there were improvements in humanitarian

---

[46] Designation of Ansarallah as a Foreign Terrorist Organization, Department of State, https://www.state.gov/designation-of-ansarallah-as-a-foreign-terrorist-organization.

[47] Maggie Michael & Amr AlFiky, Special Report: How the Houthis rule in Yemen: Prisons, a personality cult, and pilfered food aid, Reuters, Oct. 15, 2025, available at: https://www.reuters.com/investigations/how-houthis-rule-yemen-prisons-personality-cult-pilfered-food-aid-2025-10-15/.

[48] Ayman Omar, Struggling Over Every Drop: Yemen's Crisis of Aridity and Political Collapse, The Carnegie Endowment, April 29, 2025, available at: https://carnegieendowment.org/sada/2025/04/struggling-over-every-drop-yemens-crisis-of-aridity-and-political-collapse?lang=en.

[49] Ayman Omar, Struggling Over Every Drop: Yemen's Crisis of Aridity and Political Collapse, The Carnegie Endowment, April 29, 2025, available at: https://carnegieendowment.org/sada/2025/04/struggling-over-every-drop-yemens-crisis-of-aridity-and-political-collapse?lang=en.

[50] Ayman Omar, Struggling Over Every Drop: Yemen's Crisis of Aridity and Political Collapse, The Carnegie Endowment, April 29, 2025, https://carnegieendowment.org/sada/2025/04/struggling-over-every-drop-yemens-crisis-of-aridity-and-political-collapse?lang=en.

[51] United Nations Development Programme, Combatting the effects of climate change to build food security in Yemen (Sept. 29, 2024), https://www.undp.org/arab-states/stories/combatting-effects-climate-change-build-food-security-yemen

[52] Norwegian Refugee Council, Yemen: Water situation worsens amid scant rains, (July 25, 2025), https://www.nrc.no/news/2025/july/yemen-water-situation-worsens-amid-scant-rains

[53] United Nations Development Programme, Combatting the effects of climate change to build food security in Yemen, (Sept. 29, 2024), https://www.undp.org/arab-states/stories/combatting-effects-climate-change-build-food-security-yemen

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 8

conditions in one-third of the geographic districts of Yemen due to sustained assistance and reduced conflict.[54]  These changes include "opened roads and improved commercial access along frontlines, while decreasing displacement."[55]

The European Commission announced $93.5 million USD in humanitarian funding for 2025 to support people in need in Yemen,[56] which will target food and health services – including those focusing on malnutrition and epidemics – as well as water provision, sanitation and hygiene and education, among other support measures.[57]  The United Nations Office for the Coordination of Humanitarian Affairs estimated that 17.8 million people would have health needs in 2024 (45% to 55% of the population and 98% of all people in need), down from the 2023 level (20.3 million).[58] Recent satellite imagery and machine learning analysis suggest a significant expansion in cropland between 2018 and 2022.[59]  Urban to rural migration has also emerged as households seek stability, and improved living conditions – likely contributed by higher employment in agriculture, with rural areas offering more subsistence opportunities.[60]

The primary healthcare system of Yemenis being slowly and meaningfully rebuilt, thanks in part to support from the Kuwait Fund for Arab Economic Development.[61] Between December 2024 and March 2025, 150 facilities across Yemen received operational support from the Kuwait Fund for

---

[54] Humanitarian Action, Global Humanitarian Overview 2025: Yemen, (Dec. 4, 2025), https://humanitarianaction.info/document/global-humanitarian-overview-2025/article/yemen-2

[55] Humanitarian Action, Global Humanitarian Overview 2025: Yemen, Dec. 4, 2025, https://humanitarianaction.info/document/global-humanitarian-overview-2025/article/yemen-2

[56] Directorate-General for European Civil Protection and Humanitarian Aid Operations (ECHO), EU announces €80 million humanitarian aid package for Yemen, European Commission (May 21, 2025), https://civil-protection-humanitarian-aid.ec.europa.eu/news-stories/news/eu-announces-eu80-million-humanitarian-aid-package-yemen-2025-05-21_en

[57] Directorate-General for European Civil Protection and Humanitarian Aid Operations (ECHO), EU announces €80 million humanitarian aid package for Yemen, European Commission (May 21, 2025), https://civil-protection-humanitarian-aid.ec.europa.eu/news-stories/news/eu-announces-eu80-million-humanitarian-aid-package-yemen-2025-05-21_en

[58] UK Government: Refugee, Asylum, and Human Rights Claims, Country policy and information note: Humanitarian situation, Yemen, March 2025 (accessible version) (Mar. 31, 2025), https://www.gov.uk/government/publications/yemen-country-policy-and-information-notes/country-policy-and-information-note-Humanitarian-situation-yemen-march-2025-accessible-version

[59] World Banking Group, Yemen Economic Monitor (May 29, 2025) https://documents.worldbank.org/en/publication/documents-reports/documentdetail/099822505292530706

[60] World Banking Group, Yemen Economic Monitor (May 29, 2025) https://documents.worldbank.org/en/publication/documents-reports/documentdetail/099822505292530706

[61] United Nations Yemen, United Nations Children's Fund Yemen: Health, Hope, and a Hard Road Ahead - Inside Yemen's Community Clinics, (Aug. 18, 2025), https://yemen.un.org/en/299987-unicef-yemen-health-hope-and-hard-road-ahead-inside-yemen's-community-clinics

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 9

Arab Economic Development.[62]  Critical supplies, such as disinfectants, soap, thermometers, and stationery were restocked, resulting in safer, cleaner, and more functional spaces.[63]
The European Union and International Finance Corporation, a member of the World Bank Group that focuses on private sector development in developing countries, for the first time joined forces in Yemen to establish a Trust Fund to advance private sector development over the next five years.[64] The partnership's overarching goal is to contribute to Yemen's economic resilience and recovery by fostering local development and job creation.[65]

In totality, although there have been some improvements, extraordinary and temporary conditions continue to challenge Yemeni nationals' ability to safely return home.

Temporary Protected Status and Alignment with National Interest
By statute, the Secretary is prohibited from designating a country for Temporary Protected Status or extending a designation on the basis of extraordinary and temporary conditions if she finds that "permitting the aliens to remain temporarily in the United States is contrary to the national interest of the United States."[66]

"National interest" is an expansive standard that may encompass an array of broad considerations, including foreign policy, public safety (e.g., potential nexus to criminal gang membership), national security, migration factors (e.g., pull factors), immigration policy (e.g., enforcement prerogatives), and economic considerations (e.g., adverse effects on U.S. workers, impact on U.S. communities).[67] Determining whether permitting a class of aliens to remain temporarily in the United States is contrary to the U.S. national interest therefore calls upon the Secretary's expertise and discretionary judgment, informed by her consultations with appropriate U.S. government agencies.  Additionally, Executive Order 14150, *America First Policy Directive to the Secretary of State* (Jan. 20, 2025),

---

[62] United Nations Yemen, United Nations Children's Fund Yemen: Health, Hope, and a Hard Road Ahead - Inside Yemen's Community Clinics (Aug. 18, 2025), https://yemen.un.org/en/299987-unicef-yemen-health-hope-and-hard-road-ahead-inside-yemen's-community-clinics

[63] United Nations Yemen, United Nations Children's Fund Yemen: Health, Hope, and a Hard Road Ahead - Inside Yemen's Community Clinics, (Aug. 18, 2025), https://yemen.un.org/en/299987-unicef-yemen-health-hope-and-hard-road-ahead-inside-yemen'-community-clinics

[64] Delegation of the European Union to Yemen, EU-IFC Trust Fund - Enhancing Private Sector Growth in Yemen, European External Action Service (Aug. 1, 2025), https://www.eeas.europa.eu/delegations/yemen/eu-ifc-trust-fund-enhancing-private-sector-growth-yemen_en?s=211

[65] Delegation of the European Union to Yemen, EU-IFC Trust Fund - Enhancing Private Sector Growth in Yemen, European External Action Service (Aug. 1, 2025), https://www.eeas.europa.eu/delegations/yemen/eu-ifc-trust-fund-enhancing-private-sector-growth-yemen_en?s=211

[66] *See* INA 244(b)(1), 8 U.S.C. 1254a(b)(1).

[67] *See, e.g., Poursina v. USCIS*, 936 F.3d 868, 874 (9th Cir. 2019) (observing, in an analogous INA context, "that the 'national interest' standard invokes broader economic and national-security considerations, and such determinations are firmly committed to the discretion of the Executive Branch—not to federal courts" (citing *Trump v. Hawaii*, 585 U.S. 667, 684-86 (2018)); *Flores v. Garland*, 72 F.4th 85, 89-90 (5th Cir. 2023) (same); *Brasil v. Sec'y, Dep't of Homeland Sec.*, 28 F.4th 1189, 1193 (11th Cir. 2022) (same); *cf. Matter of D-J-*, 23 I&N Dec. 572, 579-81 (A.G. 2003) (recognizing that taking measures to stem and eliminate possible incentives for potential large-scale migration from a given country is "sound immigration policy" and an "important national security interest"); *Matter of Dhanasar*, 26 I&N Dec. 884, 890-91 (AAO 2016) (taking into account impact on U.S. workers in "national interest" assessments).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 10

assists in further explaining "national interest," as the Executive Order clearly sets out the President's vision that "the foreign policy of the United States shall champion core American interests and always put America and American citizens first."[68]

*Relevant Public Safety and National Security Considerations*
On June 4, 2025, President Trump issued the proclamation *Restricting the Entry of Foreign Nationals to Protect the United States from Foreign Terrorists and Other National Security and Public Safety Threats* to suspend or limit the entry into the United States of foreign nationals from certain countries whose screening, identity-management or information-sharing practices the U.S. government has determined as deficient, and whose nationals may pose risk to national security or public safety.[69]

This proclamation identified Yemen as one of the twelve countries identified for full suspension of entry (immigrant and nonimmigrants) noting that "Yemen lacks a competent or cooperative central authority for issuing passports or civil documents and it does not have appropriate screening and vetting measures."[70] This has been a longstanding issue for Yemen. The U.S. Embassy in Sana'a closed and suspended services in February 2015 due to the ongoing conflicts and high level of insecurity within Yemen, further hindering the ability to locally confirm the validity of these identity documents.[71] The U.S. Department of State's Bureau of Consular Affairs also alerts that competing authorities, including areas of Houthi control, are issuing passports, leading to several European countries refusing to accept them since 2020.[72]

This determination to suspend entry of Yemeni nationals was made after the President consulted with the Secretary of State, the Secretary of Defense, the Attorney General, the Secretary of Homeland Security, appropriate Assistants to the President, the Director of National Intelligence, and the Director of the Central Intelligence Agency.[73] Further considered were foreign policy, national security, and counterterrorism goals, as well as Yemen's screening and vetting capabilities, information sharing policies, and country-specific risk factors — including whether Yemen has a significant terrorist presence within its territory, its visa-overstay rate, and its cooperation with accepting back its removable nationals.[74]

---

[68] *See America First Policy Directive to the Secretary of State*, Executive Order 14150, 90 FR 8337 (Jan. 29, 2025), available at https://www.whitehouse.gov/presidential-actions/2025/01/america-first-policy-directive-to-the-secretary-of-state/.

[69] Proclamation 10949, Restricting the Entry of Foreign Nationals to Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 24497 (June 4, 2025).

[70] Proclamation 10949, Restricting the Entry of Foreign Nationals to Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 24497 (June 4, 2025).

[71] U.S. Mission to Yemen, "U.S.-Yemen Relations" Sept. 29, 2025 https://ye.usembassy.gov/u-s-yemen-relations/

[72] U.S. Dep't of State, "Yemen: Reciprocity Schedule" Sept. 8, 2025 https://travel.state.gov/content/travel/en/us-visas/Visa-Reciprocity-and-Civil-Documents-by-Country/Yemen.html.

[73] Proclamation 10949, Restricting the Entry of Foreign Nationals to Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 24497 (June 4, 2025).

[74] Proclamation 10949, Restricting the Entry of Foreign Nationals to Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 24497 (June 4, 2025).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 11

The President's 2025 proclamation further supported the suspension of Yemeni entrants because the government of Yemen "does not have physical control over its own territory" and, since January 20, 2025, "has been the site of active United States military operations."[75]

In the January 2025 designation of Ansar Allah as a Foreign Terrorist Organization, President Trump additionally noted the Houthis, "have fired at U.S. Navy warships dozens of times since 2023, endangering American men and women in uniform.  Since seizing most Yemeni population centers by force from the legitimate Yemeni government in 2014-2015, the Houthis have launched numerous attacks on civilian infrastructure, including multiple attacks on civilian airports in Saudi Arabia, the deadly January 2022 attacks on the United Arab Emirates, and more than 300 projectiles fired at Israel since October 2023.  The Houthis have also attacked commercial vessels transiting Bab al-Mandeb more than 100 times, killing at least four civilian sailors and forcing some Red Sea maritime commercial traffic to reroute, which has contributed to global inflation."[76]  President Trump accordingly concluded that "the Houthis' activities threaten the security of American civilians and personnel in the Middle East, the safety of our closest regional partners and the stability of global maritime trade."[77]

Further raising concerns for the national interest of the United States with respect to Yemen, as noted previously, since 2015 Yemen's capital Sana'a and northern and western region have been controlled by Foreign Terrorist Organization Ansar Allah.[78,79]  They continue to hold areas encompassing 70% of Yemen's population, including de-facto control over the country's northern and western regions, while the internationally-recognized government maintains control of the

---

[75] Proclamation 10949, <u>Restricting the Entry of Foreign Nationals to Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 24497</u> (June 4, 2025).

[76] "Designation of Ansar Allah as a Foreign Terrorist Organization," January 22, 2025, https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-ansar-allah-as-a-foreign-terrorist-organization/; "Designation of Ansarallah as a Foreign Terrorist Organization" https://www.federalregister.gov/documents/2025/03/05/2025-03629/foreign-terrorist-organization-designation-of-ansarallah.

[77] "Designation of Ansar Allah as a Foreign Terrorist Organization," January 22, 2025, https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-ansar-allah-as-a-foreign-terrorist-organization/; "Designation of Ansarallah as a Foreign Terrorist Organization" https://www.federalregister.gov/documents/2025/03/05/2025-03629/foreign-terrorist-organization-designation-of-ansarallah.

[78] "Designation of Ansar Allah as a Foreign Terrorist Organization," January 22, 2025, https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-ansar-allah-as-a-foreign-terrorist-organization/; "Designation of Ansarallah as a Foreign Terrorist Organization" https://www.federalregister.gov/documents/2025/03/05/2025-03629/foreign-terrorist-organization-designation-of-ansarallah.

[79] To be determined an FTO, and organization must: 1) be foreign; 2) engage in terrorist activity, as defined in section 212 (a)(3)(B) of the INA (8 U.S.C. § 1182(a)(3)(B)),or terrorism, as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 (22 U.S.C. § 2656f(d)(2)), or retain the capability and intent to engage in terrorist activity or terrorism; and 3) involve activity or terrorism that threatens the security of U.S. nationals or the national security (national defense, foreign relations, or the economic interests) of the United States.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 12

southern and eastern regions.[80,81,82,83,84] President Trump noted that the Houthis are supported by Iran's Islamic Revolutionary Guard Quds Force (IRGC-QF), another Foreign Terrorist Organization,[85] which arms and trains terrorist organizations around the world. Al-Qaeda in the Arabian Peninsula (AQAP), a Yemen-based Al-Qaeda affiliate designated as a Foreign Terrorist Organization in 2009, continues to pose growing threat in the region.[86] According to a United Nations Security Council report, AQAP is experiencing a resurgence, leveraging Yemen's ongoing instability to reorganize rank, strengthen internal structure, and enhance its operational capabilities.[87,88] In 2024, they carried out over 40 attacks targeting the internationally recognized Government of Yemen.[89] The United Nations report also indicates an emerging opportunistic relationship between AQAP and the Houthis, who ceased hostilities against each other in late 2022.[90] Reporting indicates collaboration between the two groups, to include weapons exchanges, joint training efforts, and prisoner swaps.[91,92] In June 2025, AQAP leaders called for the assassination of President Trump, Vice President J.D. Vance and Elon Musk, among others.[93]

---

[80] The White House, Fact Sheet: President Donald J Trump Re-designates the Houthis as a Foreign Terrorist Organization (Jan. 22, 2025), https://www.whitehouse.gov/fact-sheets/2025/01/fact-sheet-president-donald-j-trump-re-designates-the-houthis-as-a-foreign-terrorist-organization/

[81] U.S. Department of State, Designation of Ansarallah as a Foreign Terrorist Organization (Mar. 4, 2025), https://www.state.gov/designation-of-ansarallah-as-a-foreign-terrorist-organization/

[82] BBC, Who are the Houthis and why is the U.S. targeting them? (Mar. 25, 2025), https://www.bbc.com/news/world-middle-east-67614911

[83] Nabeel A. Khoury, Yemen's Houthi Movement Reconsidered, Arab Center Washington DC (June 12, 2025), https://arabcenterdc.org/resource/yemens-houthi-movement-reconsidered/

[84] U.S. Department of State, Yemen 2024 Human Rights Report (July 31, 2025), https://www.state.gov/wp-content/uploads/2025/07/624521_YEMEN-2024-HUMAN-RIGHTS-REPORT.pdf

[85] "Designation of Ansar Allah as a Foreign Terrorist Organization," January 22, 2025, https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-ansar-allah-as-a-foreign-terrorist-organization/

[86] Congressional Research Service, Al Qaeda: Background, Current Status, and U.S. Policy (May 6, 2024), https://www.congress.gov/crs-product/IF11854

[87] South 24, UN Report: AQAP Reorganizing in Yemen While Maintaining "Opportunistic" Ties with Houthis (Jun. 8, 2025), https://south24.net/news/newse.php?nid=4823

[88] UN Security Council, Thirty-sixth report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2734 (2024) concerning ISIL (Da'esh), Al-Qaida and associated individuals and entities (Jul. 24, 2025), https://docs.un.org/en/S/2025/482

[89] Justice4Yemen Pact, Evidence of Houthi/al-Qaida Cooperation in Yemen (Mar. 2025), https://justice4yemenpact.org/articles/the-evolving-relationship-between-the-houthis-and-aqap-conflict-cooperation-and-strategic-interests/

[90] UN Security Council, Thirty-sixth report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2734 (2024) concerning ISIL (Da'esh), Al-Qaida and associated individuals and entities (July 24, 2025), https://docs.un.org/en/S/2025/482

[91] Justice4Yemen Pact, Evidence of Houthi/al-Qaida Cooperation in Yemen (Mar. 2025), https://justice4yemenpact.org/articles/the-evolving-relationship-between-the-houthis-and-aqap-conflict-cooperation-and-strategic-interests/

[92] UN Security Council, Thirty-sixth report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2734 (2024) concerning ISIL (Da'esh), Al-Qaida and associated individuals and entities (July 24, 2025), https://docs.un.org/en/S/2025/482

[93] Al Jazeera, Yemen's al-Qaeda leader threatens Trump, Musk over Israel's war on Gaza, (June 7, 2025) https://www.aljazeera.com/news/2025/6/7/yemens-al-qaeda-leader-threatens-trump-musk-over-israels-war-on-gaza

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 13

Additionally, DHS records indicate some of the 3,864 aliens who have applied for or been granted Yemeni Temporary Protected Status have been under administrative investigation for risk to national security or public safety, or for attempting to obtain immigration benefits through fraud or misrepresentation[94] As of November 5, 2025, USCIS Fraud Detection and National Security-Data System NexGen data indicated that among the Yemen Temporary Protected Status population (including current beneficiaries and applicants with pending applications), 212 aliens (or 5.5%) have a National Security record, of which 15 were associated with Known or Suspected Terrorist Records.[95]  The percentage of aliens associated with National Security records is high compared to other Temporary Protected Status countries.[96]  Further, 23 Yemeni aliens had Public Safety records with nine of those records being for Egregious Public Safety concerns.[97] DHS data further shows approximately 43.1%[98] of Yemeni Temporary Protected Status beneficiaries or applicants have at least one TECS[99] hit in their immigration benefit request history (which could span over many years and multiple benefit request types), indicating potential issues that required further investigation.  It must be noted that a TECS hit does not always lead to derogatory findings or adverse adjudicative decisions.[100]

Contributing further to the national interest concerns of the United States with respect to Yemeni nationals in the United States are instances of Yemeni nationals overstaying their nonimmigrant visas.  There was a large spike in Yemeni visa overstay rates in 2018, coinciding with the initial designation of Temporary Protected Status for Yemen in early January 2017.[101]  Yemen's visa overstay rates have subsequently consistently remained very high compared to the global average from Fiscal Year 2018 to 2024,[102] reflecting ongoing challenges in enforcing compliance with U.S. visa regulations.  There were approximately 600 overstays among nonimmigrant visa holders with an "Admit Until" date that fell in Fiscal Year 2023, 670 overstays with a date that fell in Fiscal Year

---

[94] Estimates as of November 5, 2025.

[95] USCIS Internal Data, Fraud Detection and National Security Directorate, FDNS-DS NexGen data, TPS Yemen, as of Nov. 5, 2025.

[96] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services as of Nov. 5, 2025, as stated in USCIS Internal Data, Fraud Detection and National Security Directorate, FDNS-DS NexGen data, TPS Yemen, as of Nov. 5, 2025.

[97] USCIS Internal Data, Fraud Detection and National Security Directorate, FDNS-DS NexGen data, TPS Yemen, as of Nov. 5, 2025.

[98] USCIS Internal Data, Office of Policy and Strategy, TECS data, TPS Yemen as of Oct. 27, 2025.

[99] TECS is an information-sharing platform which can assist authorized users to access different databases to identify individuals who pose a risk to national security or public safety, and individuals attempting to obtain immigration benefits through fraud or misrepresentation.

[100] A TECS hit may not necessarily lead to derogatory findings or adverse adjudicative decisions for a particular person, particularly in long assessment periods and/or in populations that have a high degree of name similarity, as such initial TECS hits are investigated to ensure that each hit is a) the person in question and b) of national security relevance, before applications adjudication.

[101] U.S. Customs and Border Protection, Entry/Exit Overstay Report, Department of Homeland Security https://www.dhs.gov/publication/entryexit-overstay-report

[102] DHS, Entry/Exit Overstay Reports of Fiscal Year 2018 through 2024. Available at https://www.dhs.gov/publication/entryexit-overstay-report

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 14

2024, and 230 overstays among visa holders with a date that fell in Fiscal Year 2025.[103]  Due to the previous Secretary's decision to extend and newly designate Yemen for Temporary Protected Status, many of these visa overstays who arrived after the initial designation became eligible.  According to the Fiscal Year 2024 Department of Homeland Security Entry/Exit Overstay Report, Yemen had a Non-Visa Waiver Program Countries Business or Pleasure Visitors (B-1/B-2) visa overstay rate of 17.1% and a Student and Exchange Visitors (F, M, J) visa overstay rate of 25.7%.[104]  These rates exceed by a large margin the global average of overstay rates of 2.3% for B-1/B-2 visas and 3.23% for F, M, J visas – over six times higher for business or pleasure visitors and nearly seven times higher for student and exchange visitors.[105]  Elevated overstay rates present additional potential risks to U.S. national security and public safety, as individuals who overstay their visas may be harder to locate and monitor, increasing vulnerabilities within immigration enforcement systems.

The high level of unlawful presence by Yemeni nationals is likely in part driven by Temporary Protected Status designations — particularly repeated new designations.  Studies have found immigration regularization or legalization programs (of which Temporary Protected Status is one example, particularly in cases where a country's designation is both extended and newly designated on a regular cadence) can act as a pull factor attracting migration, especially when combined with other factors, such as broader policies, generosity of the program, and perceptions of leniency in enforcement at the destination country.[106]  The expectation of repeated new Temporary Protected Status designations, and employment authorization offered by Temporary Protected Status, likely contributed to newly arriving Yemenis nationals' decision to remain in the United States unlawfully.

Between Fiscal Year 2018 and Fiscal Year 2025, the number of nonimmigrant visas issued by the U.S. Department of State for Yemeni nationals slightly increased, from 1,120 in 2018 to 1,913 in 2025.[107]  Nonimmigrant visa issuances peaked at 4,311 in 2023 before gradually decreasing in the subsequent years.[108]  The incremental increase suggests that there was a growing demand for travel to the United States by Yemeni nationals with stated intention to return to Yemen after the travel is

---

[103] FY2025 data are as of October 3, 2025.  Aliens who overstayed multiple times are counted more than once.

[104] U.S. Customs and Border Protection, Entry/Exit Overstay Report, Department of Homeland Security (July 16, 2025), https://www.dhs.gov/sites/default/files/2025-08/25_0826_cbp_entry-exit-overstay-report-fiscal-year-2024.pdf.

[105] U.S. Customs and Border Protection, Entry/Exit Overstay Report, Department of Homeland Security (July 16, 2025), https://www.dhs.gov/sites/default/files/2025-08/25_0826_cbp_entry-exit-overstay-report-fiscal-year-2024.pdf.

[106] See generally Paul Elguezabal & Inmaculada Martinez-Zarzoso, Are Immigration Regularization Programs a Pull Factor? Evidence for OECD Countries, (2024), https://infer-research.eu/wp-content/uploads/2024/10/WP2024.14.pdf

[107] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services as of Sept. 16, 2025, as stated in U.S. Department of State, Monthly Nonimmigrant Visa Issuance Statistics, https://travel.state.gov/content/travel/en/legal/visa-law0/visa-statistics/nonimmigrant-visa-statistics/monthly-nonimmigrant-visa-issuances.html; Data for Nonimmigrant Visas issuances is available through May 2025.

[108] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services as of Sept. 16, 2025, as stated in U.S. Department of State, Monthly Nonimmigrant Visa Issuance Statistics, https://travel.state.gov/content/travel/en/legal/visa-law0/visa-statistics/nonimmigrant-visa-statistics/monthly-nonimmigrant-visa-issuances.html (last updated May 2025),

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 15

complete.[109] Although there are fluctuations in the average number of nonimmigrant visas issuances from 2018 to 2025, the average number of monthly nonimmigrant visas issuances increased overall by approximately 157%.[110] During this same timeframe, DHS data shows Yemen's Temporary Protected Status beneficiaries have been on a steady rise.[111,112] Yemen's Temporary Protected Status beneficiary count increased by almost 65% from calendar years 2022, 2023, and 2024, with the beneficiary count increasing by 14.4%, 17.0% and 19.3%, respectively.[113] This data further suggests that repeated new TPS designations may have been a "magnet" attracting visa overstays for the Yemenis.

DHS records further indicate that the number of Yemeni nationals in the United States applying for an Advance Parole document generally increased from 2018 to 2025. There were 142 applications for travel to Yemen from 2018 to 2025, which was, on average, 20 applications per year.[114] A notable spike occurred between 2020 and 2021, from 2 to 26 Advance Parole applications for the purposes of traveling to Yemen.[115] Advanced Parole applications for purposes of travel to Yemen rose steadily from 26 in 2021 to 52 in 2023, before dropping to 24 in 2024. From 2024 to 2025, the number of applications for travel to Yemen decreased to eight.[116] The recent decrease in applications from 2024 to 2025 may reflect changing circumstances, such as a reduced need for travel or policy changes affecting travel, but additional data is needed to confirm.

Approximately 1,000 Yemeni nationals could potentially be newly eligible for Temporary Protected Status if Yemen were to be newly designated.[117] Approximately 100 Yemeni nonimmigrants who arrived since July 2, 2024 are no longer in status. An estimated 100 aliens were encountered at a border or port of entry since that date without repatriation or relief, and approximately 100 aliens

---

[109] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services as of Sept. 16, 2025, as stated in U.S. Department of State, Monthly Nonimmigrant Visa Issuance Statistics, https://travel.state.gov/content/travel/en/legal/visa-law0/visa-statistics/nonimmigrant-visa-statistics/monthly-nonimmigrant-visa-issuances.html (last updated May 2025),

[110] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services as of Sept. 16, 2025, as stated in U.S. Department of State, Monthly Nonimmigrant Visa Issuance Statistics, https://travel.state.gov/content/travel/en/legal/visa-law0/visa-statistics/nonimmigrant-visa-statistics/monthly-nonimmigrant-visa-issuances.html (last updated May 2025),

[111] USCIS, Temporary Protected Status: Calendar Year 2024 Annual Report to Congress (unpublished).

[112] Temporary Protected Status: Calendar Year 2024 Annual Report to Congress (unpublished).

[113] Temporary Protected Status: Calendar Year 2023 Annual Report to Congress.(https://www.uscis.gov/sites/default/files/document/reports/TPS_CY23_Congressional_Report.pdf).

[114] USCIS Internal Data, Office of Performance and Quality, U.S. Citizenship and Immigration Services as of Sept. 12, 2025

[115] USCIS Internal Data, Office of Performance and Quality, U.S. Citizenship and Immigration Services as of Sept. 12, 2025

[116] USCIS Internal Data, Office of Performance and Quality, U.S. Citizenship and Immigration Services as of Sept. 12, 2025

[117] Estimates as of October 21, 2025. A new designation would advance the continuous residence date from July 2, 2024, to a more recent date, which would make any Yemeni nationals who have been continuously residing in the United States since before that time potentially eligible for TPS. This is different from an extension, which would keep the continuous residence date unchanged and therefore extend TPS only for current beneficiaries.

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 16

entered the United States irregularly since that date and were not apprehended. Approximately 700 nonimmigrants in valid status have entered since July 2, 2024.

**Conclusion:** The marked reduction in armed conflict in Yemen, from a previously pervasive civil war to episodes of violence, shows that violence in Yemen no longer constitutes the statutory basis for ongoing armed conflict. While Yemen continues to experience severe humanitarian conditions that may impede safe return to Yemen of some nationals, the risks to U.S. national security exemplified by a country with a strong presence of terrorist organizations that target U.S. interests and little ability to verify and vet the identity of its own nationals outweigh the benefit of extending temporary status for Yemeni nationals, among other factors described earlier that are contrary to the national interest. Taken together, Yemen no longer meets a statutory basis for Temporary Protected Status.

**Options:** Your options include the following actions:

1) *Terminate Yemen's Designation for Temporary Protected Status* (**USCIS Recommendation**)

   - If you determine that Yemen no longer meets the statutory requirements for its Temporary Protected Status designation, you must terminate Temporary Protected Status. Termination would end Temporary Protected Status benefits for existing Yemen Temporary Protected Status beneficiaries after the termination determination is published in the *Federal Register* and the termination becomes effective. Upon the termination of Temporary Protected Status benefits, former beneficiaries without another immigration status or authorization to remain would no longer have permission to work or remain in the United States. They may, however, apply for any other immigration benefits for which they may be otherwise eligible.
   - If you decide to terminate Yemen's designation, the effective date of termination may not be earlier than 60 days after the date the *Federal Register* notice announcing the termination is published or, if later, the expiration of the most recent previous extension. Note that you can set an effective date longer than 60 days if you choose to do so. However, a 60-day transition period aligns with recent determinations made when Temporary Protected Status designations have been terminated, helps to streamline enforcement operations, and avoids creating uncertainty or false hope of a future designation. Sixty days also is appropriate given USCIS's assessment that continuing to permit the Yemeni nationals to remain temporarily in the United States is contrary to the U.S. national interest.

2) *Extend Yemen's Designation for Temporary Protected Status*

   - Under the Temporary Protected Status statute, if you determine that the statutory conditions for designation continue to be met, you must extend the Temporary Protected

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 17

Status designation for an additional period of 6, 12, or 18 months.[118] Yemen was initially designated for Temporary Protected Status on September 3, 2015 based on ongoing armed conflict in Yemen that prevented nationals of Yemen from returning in safety. Yemen was redesignated in 2017, extended in 2018 and 2020, and then continually redesignated from 2021 to date on the dual bases of ongoing armed conflict and extraordinary and temporary conditions.

- Should you decide to extend the designation of Temporary Protected Status for Yemen, only existing Temporary Protected Status beneficiaries may re-register for Temporary Protected Status, and any Yemeni nationals entered the United States after the current continuous residence date will not be eligible for an initial application for Temporary Protected Status.

3) *No Decision/Automatic Extension*

- After review of the assessment, you could choose to not make a determination about whether Yemen's Temporary Protected Status designation should be extended or terminated at this time. If you do not make a determination at least 60 days prior to its expiration date, by statute, its period of designation will be automatically extended for 6 additional months (or, in your discretion, a period of 12 or 18 months).
- Should you choose not to make a determination about whether the conditions supporting Yemen's designation continue to be met, an announcement of the automatic extension is required via *Federal Register* notice, including information to beneficiaries and employers about continued employment authorization and the period of extension. You would then have to review conditions again prior to the expiration of that extension.

The Temporary Protected Status statute provides that there is no judicial review of any determination with respect to the designation, termination, or extension of a designation.[119] That said, certain courts have ignored this provision and interfered with the Secretary's sole and unreviewable authority; as a result there is ongoing litigation challenging your determination to terminate Temporary Protected Status designations for certain countries.[120]

**Signature Level Justification:** At least 60 days before the expiration of a foreign state's TPS designation or extension, the Secretary, after consultation with appropriate U.S. Government agencies, must review the conditions in the foreign state designated for TPS to determine whether they continue to meet the conditions for the TPS designation.[121]

---

[118] Along with an extension of the Temporary Protected Status designation, the statute also provides that the Secretary may newly designate the country for Temporary Protected Status. *See* INA sec. 244(b)(1), 8 U.S.C. 1254a(b)(1).

[119] INA sec. 244(b)(5)(A), 8 U.S.C. 1254a(b)(5)(A).

[120] *E.g., Nat'l TPS All. v. Noem*, No. 25-5724, 2025 WL 2661556 (9th Cir. Sept. 17, 2025); *Nat'l TPS All. v. Noem*, No. 25-cv-05687-TLT, 2025 WL 2233985 (N.D. Cal. July 31, 2025), *appeal pending*, No. 25-4901 (9th Cir. filed Aug. 4, 2025).

[121] INA sec. 244(b)(3)(A).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Yemen for Temporary Protected Status**
Page 18

**Timeliness**: You are required by statute to decide whether to extend or terminate an existing Temporary Protected Status designation at least 60 days before the expiration of the current designation, or the designation is automatically extended for a minimum of 6 months.[122] **For Yemen's designation, which expires on March 3, 2026, you must make a decision by January 2, 2026, or the statutory automatic extension will occur.**

You are further required to provide timely notice of your decision through publication in the *Federal Register*.[123] Your earliest decision will facilitate publication of the *Federal Register* notice, which communicates policy and appropriate procedures to Temporary Protected Status beneficiaries, their employers, and benefit-granting agencies.

**USCIS Recommendation**: USCIS recommends that you terminate Yemen's Temporary Protected Status designation based on a finding that, although Yemen continues to experience a severe humanitarian crisis, permitting Yemeni nationals to remain temporarily in the United States is contrary to the national interest of the United States due to the articulated national security concerns regarding identity vetting and presence of terrorist organizations. USCIS concludes that while there are sporadic bouts of armed conflict, such conflict does not pose a threat to Yemeni nationals returning in safety. Further, USCIS recommends the statutory minimum of 60 days following publication of the *Federal Register* notice for the effective date of the termination as appropriate for an orderly period of transition. A 60-day orderly period of transition is consistent with the precedent of previous Temporary Protected Status country terminations and makes clear that the United States is committed to clarity and consistency. Moreover, a 60-day transition period minimizes additional administrative burden and strikes a balance between providing a reasonable timeframe for aliens to transition and safeguarding the integrity of the immigration system and public resources.

---

[122] *See* INA sec. 244(b)(3)(A), (C), 8 U.S.C. 1254a(b)(3)(A), (C).

[123] *See* INA sec. 244(b)(3)(A), 8 U.S.C. 1254a(b)(3)(A).

PRE-DECISIONAL/DELIBERATIVE

**Secretary's Decision**:

1. _Terminate_: _Terminate Yemen's designation._

   Specify the Effective Date of the Termination (if other than recommended):

   _____

   Approve/date _____ 12-2025

2. _Extend_: _Extend Yemen's existing designation for 6, 12, or 18 months._

   Specify duration of extension (6, 12, or 18 months):_____

   Approve/date_____

3. _No Decision/Automatic Extension_: _Delay a decision on Yemen's designation, resulting in an extension of 6 months._

   Approve/date_____

**Attachments**:

| | |
|---|---|
| Attachment A: | Temporary Protected Status Legal Authority |
| Attachment B: | USCIS RAIO Country of Origin Information Considerations Report, Yemen |
| Attachment C: | USCIS OP&S Policy Considerations Report, Yemen |