

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 22, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Doe et al. v. Mullin et al.*, No. 26 Civ. 2103 (DEH) ("First Case")
        *Doe et al. v. Mullin et al.*, No. 26 Civ. 2280 (DEH) ("Second Case")

Dear Judge Ho:

This Office represents the defendants (the "government") in the above-referenced lawsuits, in which Plaintiffs challenge under the Administrative Procedure Act ("APA"), the decision of the U.S. Secretary of Homeland Security to terminate Yemen's Temporary Protected Status ("TPS") designation. The government respectfully requests a two-day extension of its deadline to file a motion to seal the information appearing at page AR-000245 of the certified administrative record ("CAR"), from today to April 24, 2026.

Specifically, the Court yesterday issued an order granting in part Plaintiffs' motions to compel (First Case, Dkt No. 27; Second Case, Dkt. No. 44), and directed the government to file an unredacted copy of the memorandum at AR-000001–19 of the CAR. Second Case, Dkt. No. 47, at 7. As to the redacted chart on AR-000245, the Court directed the government to file a letter motion to seal by today, explaining "how disclosure of summary chart data would lead to the harms described in paragraphs 11 and 12 of the Alfonso-Royals declaration." *Id.*

The requested two-day extension is necessary because the redacted material originated in part from an agency other than the U.S. Department of Homeland Security, with which this Office must consult. Given the sensitive nature of that information, a brief extension will allow the government to complete the necessary interagency coordination and prepare a submission that fully responds to the Court's order. Should the Court grant the government's request, the government respectfully requests that Plaintiffs' reply be extended by two business days, from April 23, to April 27, 2026.

Plaintiffs in the First Case consent to the government's request, provided that an extension does not impact the Court's ability to issue a decision on Plaintiffs' motion for postponement of agency action by May 4, 2026—the date on which the termination of TPS designation for Yemen takes effect. Plaintiffs in the Second Case consent to the government's request.

We thank the Court for its attention to this matter and consideration of this request.

**Application GRANTED. The deadlines herein are adopted. Plaintiffs may file a reply on or before April 27, 2026 at 12:00 p.m. The Clerk of Court is respectfully directed to terminate ECF No. 34 in 26 Civ. 2103 and ECF No. 49 in 26 Civ. 2280.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: April 23, 2026
New York, New York

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Adam Gitlin*
MARK OSMOND
ADAM GITLIN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2713/2734
mark.osmond@usdoj.gov
adam.gitlin@usdoj.gov

2