

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 28, 2026

**<u>VIA ECF</u>**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Doe et al. v. Mullin et al.*,[1] No. 26 Civ. 2280 (DEH)

Dear Judge Ho:

      This Office represents defendants (the "government") in the above-captioned putative class action challenging the Secretary of Homeland Security's termination of Yemen's Temporary Protected Status ("TPS") designation.

      On May 21, 2026, the parties submitted a letter to the Court in which the government respectfully requested that all deadlines in this case and in a related case, *Doe et al. v. Mullin et al.*, No. 26 Civ. 2203 (DEH), be stayed pending the Supreme Court's decision in *Noem v. Dahlia Doe*, No. 25-1083, 2026 WL 731088 (U.S. Mar. 16, 2026), and *Trump v. Miot*, No. 25-1084, 2026 WL 731087 (U.S. Mar. 16, 2026). Dkt. No. 28. Earlier today, the Court stayed all deadlines in the cases except for the deadlines previously scheduled for class certification briefing. Dkt. No. 67. Under that schedule, the government's opposition brief is due today. Dkt. No. 28.

      The government respectfully requests that its deadline to respond to the class certification motion be extended by three weeks, to June 18, 2026. The requested extension is necessary to provide the government with adequate time to prepare the opposition brief given that the undersigned Assistant U.S. Attorneys have several competing work obligations, and one of us will be out of the office on a previously scheduled leave for the next week.

      The government notes that the Court has already effectively granted class-wide interim relief by postponing the Secretary's termination as to parties and non-parties alike. Dkt. No. 54. Thus, plaintiffs and the putative class will not be prejudiced by extending the briefing schedule. This is the government's second request to extend this deadline, and plaintiffs consent to the request only in part. Specifically, plaintiffs agree to extend the government's opposition deadline by one week, to June 4, 2026, on the understanding that their reply brief would be due two weeks later, on June 18, 2026.

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for former Secretary Kristi Noem pursuant to Federal Rule of Civil Procedure 25(d).

The government thanks the Court for its consideration of its request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ Mark Osmond
       MARK OSMOND
       ADAM GITLIN
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel.: (212) 637-2713/2734
       mark.osmond@usdoj.gov
       adam.gitlin@usdoj.gov

cc:    All Counsel of Record (via ECF)