UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Doe et al., | |
| Plaintiffs, | 26-CV-2280 (DEH) |
| v. | ORDER |
| Noem et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

The Government is ORDERED to file a response to the Motion for an Administrative

Stay, ECF No. 90, on or before July 22, 2026 at 5:00 p.m.

SO ORDERED.

Dated: July 21, 2026
        New York, New York

_____

DALE E. HO
United States District Judge