**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Abdo DOE, Hadeel DOE, Faiz DOE, Ebe DOE, Sam DOE, Ali DOE, and Fahad DOE, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>– *versus* –<br><br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | **Case No. 1:26-cv-02280-DEH**<br><br>Judge Ho |

**NOTICE OF RENEWED MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION**

PLEASE TAKE NOTICE that Plaintiffs hereby renew their motion for an order postponing the effective date of agency action pursuant to 5 U.S.C. § 705. As described more fully in their supporting memorandum of law, Plaintiffs seek an order postponing, during the pendency of this action, the effective date of Defendants' termination of Temporary Protected Status for Yemen.

This renewed motion rests on the two claims added in the First Amended Complaint, ECF No. 85, that have not been adjudicated in this case: (1) the Secretary of Homeland Security lacked statutory authority to terminate Yemen's TPS designation because Congress vested that authority in the Attorney General; and (2) the Termination deprives Plaintiffs of protected liberty and

property interests without constitutionally adequate procedures, in violation of the Fifth Amendment's Due Process Clause.

This Motion is based on Plaintiffs' Memorandum of Law in Support of Renewed Motion to Postpone Effective Date of Agency Action, dated July 21, 2026, and the record in this case.

Dated: July 21, 2026

Respectfully submitted,

/s/ *Razeen Zaman*
Razeen Zaman
Helen Anne Schutz Lo
Dinesh McCoy*
Phi Nguyen*
Niji Jain
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
Tel: (212) 966-5932
rzaman@aaldef.org
alo@aaldef.org
dmccoy@aaldef.org
pnguyen@aaldef.org
njain@aaldef.org

Shayana Kadidal [SK-1278]
Angelo Guisado
Baher Azmy [BA-8406]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6451
kadidal@ccrjustice.org
aguisado@ccrjustice.org
bazmy@ccrjustice.org

*Counsel for Plaintiffs*

*Application for admission Pro Hac Vice*
*forthcoming*