**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Abdo DOE, Hadeel DOE, Faiz DOE, Ebe DOE, Sam DOE, Ali DOE, and Fahad DOE, on their own behalf and on behalf of others similarly situated,<br><br><br>*Plaintiffs*,<br><br>- *versus* -<br><br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br><br>*Defendants*. | **Case No. 1:26-cv-2280-DEH** |

**ERRATUM**

Plaintiffs respectfully submit this Erratum to their Memorandum of Law in Support of Plaintiffs' Renewed Motion to Postpone, ECF No. 93, filed July 21, 2026. On page 2, the sentence "Yet Plaintiffs received no advance notice of the proposed factual basis, no opportunity to answer it before the decision became final, and no administrative review" should read: "Yet Plaintiffs did not receive the statutorily mandated process before the decision became final." Plaintiffs are contemporaneously filing a corrected memorandum and a redline reflecting this correction and a correction to the memorandum's word-count certification. No other substantive changes have been made. Plaintiffs' counsel apologize for the error.

Dated: July 22, 2026

Respectfully submitted,

/s/ *Razeen Zaman*
Razeen Zaman
Helen Anne Schutz Lo

Dinesh McCoy*
Phi Nguyen*
Niji Jain
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
Tel: (212) 966-5932
rzaman@aaldef.org
alo@aaldef.org
dmccoy@aaldef.org
pnguyen@aaldef.org
njain@aaldef.org

Shayana Kadidal [SK-1278]
Angelo Guisado
Baher Azmy [BA-8406]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6451
kadidal@ccrjustice.org
aguisado@ccrjustice.org
bazmy@ccrjustice.org

*Counsel for Plaintiffs*

*Application for admission Pro Hac Vice
forthcoming*