**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Abdo DOE, Hadeel DOE, Faiz DOE, Ebe DOE, Sam DOE, Ali DOE, and Fahad DOE, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>– *versus* –<br><br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | **Case No. 1:26-cv-02280-DEH**<br><br>Judge Ho |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice of Supplemental Authority regarding an order issued today in *African Cmtys. Together v. Noem*, No. 1:25-cv-13939, ECF No. 106 (D. Mass. July 23, 2026), which supports Plaintiffs' Emergency Motion for Administrative Stay (ECF No. 90):

> District Judge Patti B. Saris: ELECTRONIC ORDER entered re 104 Emergency Motion to Stay by African Communities Together, David Doe, Jacob Doe, Mary Doe, Peter Doe.
>
> Plaintiffs have moved for an administrative stay pending resolution of their motion to amend their complaint and renewed motion for postponement. As previously noted by this Court, a court "may issue an administrative stay 'in an exercise of its docket-management authority.' Administrative stays are not a reflection of the merits, but instead allow the court time to consider the merits of a case that cannot be successfully or appropriately evaluated in haste." Dkt. 37 at 3 (citation omitted) (quoting United States v. Texas, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring)).

1

After review, the Court **ALLOWS** Plaintiffs' motion for an administrative stay (Dkt. 104 ) as follows. To preserve the status quo, the effective date of the decision issued on November 6, 2025, and published at 90 Fed. Reg. 50484, to terminate the designation of Temporary Protected Status for South Sudan (the "Termination") will be **STAYED**, subject to further order of this Court or higher courts, pending resolution of Plaintiffs' motion to amend and renewed motion for postponement. During the period of the stay of the Termination, the Termination shall be null, void, and of no legal effect. This Order is effective immediately upon this Court's receipt of the First Circuit's mandate in African Communities Together v. Mullin, No. 26-1254.(CGK) (Entered: 07/23/2026)

This is now the second district court to grant an administrative stay of a Temporary Protected Status ("TPS") termination after the Supreme Court's decision in *Mullin v. Doe*, Nos. 25-1083 & 25-1084, 2026 WL 1825840 (U.S. June 25, 2026). *See* Pls.' Mot. for Administrative Stay at 2, ECF No. 90 (administrative stay of the termination of TPS for Burma granted on July 19, 2026, in *Aung Doe v. Mullin*, No. 1:25-cv-15483, ECF No. 97 (N.D. Ill. July 19, 2026)). The order underscores the propriety of granting an administrative stay pending adjudication of a motion for preliminary relief on new claims, and that the preservation of the status quo in this context is a stay of the termination of TPS.

Accordingly, the July 23 order in *African Cmtys. Together* supports a grant of Plaintiffs' Emergency Motion for Administrative Stay.

Dated: July 23, 2026                    Respectfully submitted,

                                        /s/ *Helen Anne Schutz Lo*
                                        Helen Anne Schutz Lo
                                        Razeen Zaman
                                        Dinesh McCoy*
                                        Phi Nguyen*
                                        Niji Jain
                                        ASIAN AMERICAN LEGAL DEFENSE AND
                                        EDUCATION FUND
                                        99 Hudson Street, 12th Floor
                                        New York, NY 10013

2

Tel: (212) 966-5932
alo@aaldef.org
rzaman@aaldef.org
dmccoy@aaldef.org
pnguyen@aaldef.org
njain@aaldef.org

Shayana Kadidal [SK-1278]
Angelo Guisado
Baher Azmy [BA-8406]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6451
kadidal@ccrjustice.org
aguisado@ccrjustice.org
bazmy@ccrjustice.org

*Counsel for Plaintiffs*

*\*Application for admission Pro Hac Vice
forthcoming*

3