# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand twenty-six.

Before:       Beth Robinson,
                   *Circuit Judge.*

_____

Noor Doe, Adan Doe, Ibrahim Doe, Yusuf Doe,
Hassan Doe, Malik Doe, Kareem Doe, Rami Doe,              **ORDER**
Omar Doe, on their own behalf and on behalf of
others similarly situated,                                              Docket No. 26-1748

            Plaintiffs - Appellees,

    v.

Markwayne Mullin, Secretary of Homeland Security,
in his official capacity, United States Department of
Homeland Security, United States Citizenship and
Immigration Services, United States of America,

            Defendants - Appellants.

_____
_____

Abdo Doe, Hadeel Doe, Faiz Doe, Ebe Doe,
Sam Doe, Ali Doe, Fahad Doe, on their own
behalf and on behalf of others similarly situated,              Docket No. 26-1750

            Plaintiffs - Appellees,

    v.

Markwayne Mullin, Secretary of Homeland Security,
in his official capacity, United States Department of
Homeland Security, United States Citizenship and
Immigration Services, United States of America,

            Defendants - Appellants.

_____

CERTIFIED COPY ISSUED ON 07/27/2026

The Government moves for remand of these cases pursuant to Federal Rule of Appellate Procedure 12.1(b), so the district court can vacate the order on appeal, consistent with the indicative ruling entered by the district court on July 20, 2026.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties must promptly notify the circuit clerk when the district court has decided the motion to vacate on remand.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court