

**ASIAN AMERICAN LEGAL DEFENSE & EDUCATION FUND**

August 5, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Abdo Doe v. Mullin*, No. 26 Civ. 2280 (DEH)

Your Honor:

Your Honor's Individual Practices in Civil Cases, section 4(c)(ii), limits reply memoranda on motions to ten pages. Originally the reply briefs on Plaintiffs' Renewed Motion to Postpone Agency Action (ECF Nos. 92 (notice of motion), 96 (corrected brief)) were scheduled to be combined with their oppositions to Defendants' motion to dismiss, with that combined brief due to be filed on August 26, 2026. *See* Endorsed Scheduling Order (July 7, 2026) (ECF No. 80) at 2. While the scheduling order did not specify page limits, presumably that combined brief would have been longer than ten pages. Plaintiffs hereby request an enlargement of five pages, to a total of fifteen pages, for their reply brief on the Renewed Motion, due today.

Good cause for the enlargement exists given the complexity of the issues raised by the motion and Defendants' opposition. Counsel for the government has been consulted and consents to this motion for extension.

Respectfully submitted,

/s/ *Razeen Zaman*
Razeen Zaman
Helen Anne Schutz Lo
Dinesh McCoy*
Phi Nguyen*
Niji Jain
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
Tel: (212) 966-5932
rzaman@aaldef.org
alo@aaldef.org



**ASIAN AMERICAN LEGAL DEFENSE & EDUCATION FUND**

dmccoy@aaldef.org
pnguyen@aaldef.org
njain@aaldef.org

Shayana Kadidal [SK-1278]
Angelo Guisado
Baher Azmy [BA-8406]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6451
kadidal@ccrjustice.org
aguisado@ccrjustice.org
bazmy@ccrjustice.org

*Counsel for Plaintiffs*

*\*Application for admission Pro Hac Vice
forthcoming*