ADRMOP,APPEAL,REFDIS

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:25-cv-05687-TLT

| | |
|---|---|
| National TPS Alliance et al v. Noem et al | Date Filed: 07/07/2025 |
| Assigned to: Judge Trina L Thompson | Jury Demand: None |
| Referred to: Magistrate Judge Sallie Kim | Nature of Suit: 890 Other Statutory Actions |
| Case in other court: Court of Appeals for the Ninth Circuit, 26-00199 | Jurisdiction: U.S. Government Defendant |
| Court of Appeals for the Ninth Circuit, 26-00199 | |
| Cause: 05:702 Administrative Procedure Act | |

**Plaintiff**

| | | |
|---|---|---|
| **National TPS Alliance** | represented by | **Erik Matthew Crew** |
| | | Haitian Bridge Alliance |
| | | 4560 Alvarado Canyon Rd |
| | | Ste H |
| | | San Diego, CA 92120 |
| | | 949-603-7411 |
| | | Email: ecrew@haitianbridge.org |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Ahilan Thevanesan Arulanantham** |
| | | UCLA School of Law |
| | | Center for Immigration Law and Policy |
| | | 385 Charles E Young Drive East |
| | | Box 951476 |
| | | Los Angeles, CA 90095 |
| | | 310-825-1029 |
| | | Email: arulanantham@law.ucla.edu |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Amanda Young** |
| | | ACLU Foundation of Northern California |
| | | 39 Drumm Street |
| | | San Francisco, CA 94111 |
| | | 415-621-2493 |
| | | Email: ayoung@aclunc.org |
| | | *TERMINATED: 08/07/2026* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Diana Sanchez** |
| | | Office of the Federal Public Defender |
| | | 321 East 2nd Street |

Los Angeles, CA 90012
213-894-2854
Fax: 213-894-0081
Email: diana_sanchez@fd.org
*TERMINATED: 04/02/2026*

**Emilou MacLean**
ACLU of Northern California
39 Drumm Street
San Francisco, CA 94111
5104736343
Email: emaclean@aclunc.org
*ATTORNEY TO BE NOTICED*

**Emily Chengxi Zhu**
ACLU Foundation of Northern California
39 Drumm St
San Francisco, CA 94111
415-523-9780
Email: ezhu@aclunc.org
*ATTORNEY TO BE NOTICED*

**Eva Lucia Bitran**
ACLU of Southern California
PO BOX 811370
Los Angeles, CA 90081
909-380-7510
Fax: 213-915-0219
Email: ebitran@aclusocal.org
*TERMINATED: 07/09/2026*

**Jessica Karp Bansal**
National Day Laborer Organizing Network
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
626-214-5689
Email: jessica@ndlon.org
*ATTORNEY TO BE NOTICED*

**Lauren Michel Wilfong**
National Day Laborer Organizing Network
1030 S Arroyo Pkwy, Ste 106
Pasadena, CA 91105
551-786-2299
Fax: 626-799-3560
Email: lwilfong@ndlon.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Young Cho**
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493

Fax: (415) 255-8437
Email: mcho@aclunc.org
*ATTORNEY TO BE NOTICED*

**Mohammad K Tajsar**
ACLU of Southern California
PO Box 811370
Los Angeles, CA 90081
213-977-9500
Fax: 213-915-0219
Email: MTajsar@aclusocal.org
*ATTORNEY TO BE NOTICED*

**Vanessa Young**
Minana Family Center for Immigration Law
and Policy
UCLA School of Law
385 Charles E. Young Drive East
Box 951476
Los Angeles, CA 90005
818-319-5868
Email: youngviniegra@law.ucla.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denis Molina**                          represented by   **Erik Matthew Crew**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ahilan Thevanesan Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Young**
(See above for address)
*TERMINATED: 08/07/2026*
*ATTORNEY TO BE NOTICED*

**Diana Sanchez**
(See above for address)
*TERMINATED: 04/02/2026*

**Emilou MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Chengxi Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eva Lucia Bitran**
(See above for address)

*TERMINATED: 07/09/2026*

**Jessica Karp Bansal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Michel Wilfong**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Young Cho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammad K Tajsar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jhony Silva**                    represented by   **Erik Matthew Crew**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ahilan Thevanesan Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Young**
(See above for address)
*TERMINATED: 08/07/2026*
*ATTORNEY TO BE NOTICED*

**Diana Sanchez**
(See above for address)
*TERMINATED: 04/02/2026*

**Emilou MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Chengxi Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eva Lucia Bitran**
(See above for address)
*TERMINATED: 07/09/2026*

**Jessica Karp Bansal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Michel Wilfong**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Young Cho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammad K Tajsar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Elena Hernandez**                    represented by **Erik Matthew Crew**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ahilan Thevanesan Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Young**
(See above for address)
*TERMINATED: 08/07/2026*
*ATTORNEY TO BE NOTICED*

**Diana Sanchez**
(See above for address)
*TERMINATED: 04/02/2026*

**Emilou MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Chengxi Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eva Lucia Bitran**
(See above for address)
*TERMINATED: 07/09/2026*

**Jessica Karp Bansal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Michel Wilfong**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Young Cho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammad K Tajsar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**O.C.**
*TERMINATED: 11/07/2025*

represented by **Erik Matthew Crew**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ahilan Thevanesan Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Young**
(See above for address)
*TERMINATED: 08/07/2026*
*ATTORNEY TO BE NOTICED*

**Diana Sanchez**
(See above for address)
*TERMINATED: 04/02/2026*

**Emilou MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eva Lucia Bitran**
(See above for address)
*TERMINATED: 07/09/2026*

**Jessica Karp Bansal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Michel Wilfong**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Young Cho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammad K Tajsar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandhya Lama**                    represented by **Erik Matthew Crew**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ahilan Thevanesan Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Young**
(See above for address)
*TERMINATED: 08/07/2026*
*ATTORNEY TO BE NOTICED*

**Diana Sanchez**
(See above for address)
*TERMINATED: 04/02/2026*

**Emilou MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Chengxi Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eva Lucia Bitran**
(See above for address)
*TERMINATED: 07/09/2026*

**Jessica Karp Bansal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Michel Wilfong**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Young Cho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammad K Tajsar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**S.K.**                                   represented by    **Erik Matthew Crew**
*TERMINATED: 11/07/2025*                                     (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ahilan Thevanesan Arulanantham**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Amanda Young**
                                                            (See above for address)
                                                            *TERMINATED: 08/07/2026*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Diana Sanchez**
                                                            (See above for address)
                                                            *TERMINATED: 04/02/2026*

                                                            **Emilou MacLean**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Eva Lucia Bitran**
                                                            (See above for address)
                                                            *TERMINATED: 07/09/2026*

                                                            **Jessica Karp Bansal**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lauren Michel Wilfong**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michelle Young Cho**
                                                            (See above for address)

*ATTORNEY TO BE NOTICED*

**Mohammad K Tajsar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teofilo Martinez**                    represented by  **Erik Matthew Crew**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ahilan Thevanesan Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Young**
(See above for address)
*TERMINATED: 08/07/2026*
*ATTORNEY TO BE NOTICED*

**Diana Sanchez**
(See above for address)
*TERMINATED: 04/02/2026*

**Emilou MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Chengxi Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eva Lucia Bitran**
(See above for address)
*TERMINATED: 07/09/2026*

**Jessica Karp Bansal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Michel Wilfong**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Young Cho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mohammad K Tajsar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kristi Noem**                                    represented by    **Alina Nicole Salgado**
Civil Division Office of Immigration
Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-353-5110
Email: alina.n.salgado@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Dichter**
MeritLee Law
3060 Williams Drive
Suite 300
Fairfax, VA 22031
202-670-5033
Email: annadichter@gmail.com
*TERMINATED: 09/08/2025*
*LEAD ATTORNEY*

**Amanda Saylor**
DOJ-Civ
USAO-Mdfl
400 N. Tampa St.
Ste 3200
Tampa, FL 33602
813-274-6020
Email: amanda.saylor@usdoj.gov
*TERMINATED: 09/08/2025*

**Catherine Ross**
DOJ-Civ
Ben Franklin Station
P.O. Box 868
Washington, DC 20044
202-451-7492
Email: catherine.ross@usdoj.gov
*TERMINATED: 08/05/2026*
*ATTORNEY TO BE NOTICED*

**Daniel Cappelletti**

DOJ-Civ
PO Box 868
Ben Franklin Station
Washington, DC 20044
202-320-4676
Email: daniel.cappelletti@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Eric Michael Snyderman**
DOJ-Civ
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-925-0636
Email: eric.m.snyderman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Ilana R. Kramer**
DOJ-Civ
P.O. Box 868 Ben Franklin Station
Washington DC, DC 20044
202-860-9949
Email: ilana.r.kramer@usdoj.gov
*TERMINATED: 06/08/2026*

**Jeffrey Michael Hartman**
DOJ-Civ
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-598-3052
Email: jeffrey.m.hartman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Lauren Bryant**
DOJ-Civ
PO Box 868
Ben Franklin Station
Washington, DC 20044
202-305-0134
Email: lauren.e.bryant@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Shelby Wade**
DOJ-Civ
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
202-285-8379
Email: shelby.wade2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**William Weiland**
DOJ-Civ
Office of Immigration Litigation - District
Court Section

Post Office Box 868
Ben Franklin Station
Washington, DC 20044
202-305-0770
Email: william.weiland@usdoj.gov
*TERMINATED: 11/25/2025*

**Defendant**

**U.S. Department of Homeland Security**          represented by          **Alina Nicole Salgado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Dichter**
(See above for address)
*TERMINATED: 09/08/2025*
*LEAD ATTORNEY*

**Amanda Saylor**
(See above for address)
*TERMINATED: 09/08/2025*

**Catherine Ross**
(See above for address)
*TERMINATED: 08/05/2026*
*ATTORNEY TO BE NOTICED*

**Daniel Cappelletti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Michael Snyderman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ilana R. Kramer**
(See above for address)
*TERMINATED: 06/08/2026*

**Jeffrey Michael Hartman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Bryant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shelby Wade**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Weiland**
(See above for address)
*TERMINATED: 11/25/2025*

**Defendant**

**United States of America**                     represented by   **Alina Nicole Salgado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Dichter**
(See above for address)
*TERMINATED: 09/08/2025*
*LEAD ATTORNEY*

**Amanda Saylor**
(See above for address)
*TERMINATED: 09/08/2025*

**Catherine Ross**
(See above for address)
*TERMINATED: 08/05/2026*
*ATTORNEY TO BE NOTICED*

**Daniel Cappelletti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Michael Snyderman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ilana R. Kramer**
(See above for address)
*TERMINATED: 06/08/2026*

**Jeffrey Michael Hartman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Bryant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shelby Wade**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Weiland**
(See above for address)
*TERMINATED: 11/25/2025*

**Amicus**

**Senior Counsel Immigration Reform Law Institute**                     represented by   **Jonathon Paul Hauenschild**
150 M St. NE
Room 8.1134
Washington, DC 20002

202-215-2110
Email: jonathon.hauenschild@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of California**                    represented by **Benjamin T. Conway**
California Department of Justice
300 S. Spring Street, 13th Floor
Los Angeles, CA 90013
213-269-6656
Email: ben.conway@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cleland B. Welton , II**
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016
212-849-7358
Email: clelandwelton@quinnemanuel.com
*TERMINATED: 05/08/2026*
*PRO HAC VICE*

**Amicus**

**County of Los Angeles**                    represented by **Liliana Campos**
Office of The County Counsel
648 Kenneth Hahn Hall of Admin
500 West Temple Street
Ste 6th Floor
Los Angeles, CA 90012
213-808-8729
Email: lcampos@counsel.lacounty.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brigit G Alvarez**
Office of the County Counsel
Board Liaison Division
500 West Temple Street
Ste 6th Floor
Los Angeles, CA 90012
213-361-1531
Fax: 213-633-1915
Email:
bgreesonalvarez@counsel.lacounty.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405, receipt number ACANDC-20864603.). |

| | | |
|---|---|---|
| | | Injunction against the US government/official or APA vacatur requested. Filed by Sandhya Lama, Jhony Silva, S.K., Denis Molina, Teofilo Martinez, National TPS Alliance, Maria Elena Hernandez, O.C.. (Attachments: # 1 Civil Cover Sheet)(Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 2 | Proposed Summons. (Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 3 | Proposed Summons. (Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 4 | Proposed Summons. (Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 5 | Rule 7.1 Disclosures by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez identifying Other Affiliate Central American Resource Center CARECEN of California for National TPS Alliance. *and Certificate of Interested Entities or Persons* (Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 6 | Certificate of Interested Entities by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez (Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 7 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez.. (Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 8 | NOTICE of Appearance filed by Ahilan Thevanesan Arulanantham on behalf of National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez (Arulanantham, Ahilan) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 9 | NOTICE of Appearance filed by Emilou MacLean on behalf of National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez (MacLean, Emilou) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 10 | NOTICE of Appearance filed by Michelle Young Cho on behalf of National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez (Cho, Michelle) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 11 | NOTICE of Appearance filed by Amanda Young on behalf of National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez (Young, Amanda) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 12 | NOTICE of Appearance filed by Jessica Karp Bansal on behalf of National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez (Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 13 | NOTICE of Appearance filed by Eva Lucia Bitran on behalf of National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez (Bitran, Eva) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 14 | NOTICE of Appearance filed by Diana Sanchez on behalf of National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez (Sanchez, Diana) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 15 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20865275.) filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Crew, Erik) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 16 | ADMINISTRATIVE MOTION *of Plaintiffs' S.K. and O.C. to Proceed Under Pseudonym* filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, |

| | | |
|---|---|---|
| | | O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 7/11/2025. (Attachments: # 1 Declaration of Jessica Karp Bansal, # 2 Declaration of O.C., # 3 Declaration of S.K., # 4 Proposed Order)(Bansal, Jessica) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/08/2025 | 17 | MOTION to Postpone Effective Date of Agency Action filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 7/22/2025. Replies due by 7/29/2025. (Attachments: # 1 Proposed Order, # 2 Declaration of Denis Molino, # 3 Declaration of Jhony Silva, # 4 Declaration of Maria Elena Hernandez, # 5 Declaration of OC, # 6 Declaration of Sandhya Lama, # 7 Declaration of SK, # 8 Declaration of Teofilo Martinez, # 9 Declaration of RA, # 10 Declaration of AC, # 11 Declaration of Rajbin Shreshta, # 12 Declaration of Patricia Carbajal, # 13 Declaration of Jose Palma, # 14 Declaration of Watson and Veuger, # 15 Declaration of Hannah Postel, # 16 Declaration of Tom Wong, # 17 Declaration of Dana Frank, # 18 Declaration of Melanie Morten, # 19 Declaration of Stacy Tolchin, # 20 Declaration of Elliott Young)(Bansal, Jessica) (Filed on 7/8/2025) (Entered: 07/08/2025) |
| 07/08/2025 | 18 | Declaration of Jessica Karp Bansal in Support of 17 MOTION to Postpone Effective Date of Agency Action filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31)(Related document(s) 17 ) (Bansal, Jessica) (Filed on 7/8/2025) (Entered: 07/08/2025) |
| 07/08/2025 | 19 | ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE re 17 MOTION to Postpone Effective Date of Agency Action filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 7/14/2025. (Attachments: # 1 Declaration, # 2 Proposed Order)(Bansal, Jessica) (Filed on 7/8/2025) (Entered: 07/08/2025) |
| 07/08/2025 | 20 | Case assigned to Judge Trina L Thompson.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (mbc, COURT STAFF) (Filed on 7/8/2025) (Entered: 07/08/2025) |
| 07/08/2025 | 21 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20866301.) filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Wilfong, Lauren) (Filed on 7/8/2025) (Entered: 07/08/2025) |

| 07/08/2025 | 22 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/2/2025. Initial Case Management Conference set for 10/9/2025 02:00 PM in San Francisco, - Videoconference Only. (pjf, COURT STAFF) (Filed on 7/8/2025) (Entered: 07/08/2025)** |
|---|---|---|
| 07/08/2025 | 23 | Summons Issued as to Kristi Noem, U.S. Department of Homeland Security, United States of America, U.S. Attorney and U.S. Attorney General (pjf, COURT STAFF) (Filed on 7/8/2025) (Entered: 07/08/2025) |
| 07/08/2025 | 24 | **ORDER by Judge Trina L. Thompson granting 21 Motion for Pro Hac Vice. (lrc, COURT STAFF) (Filed on 7/8/2025) (Entered: 07/08/2025)** |
| 07/08/2025 | 25 | **ORDER The defendant was served on July 8, 2025. The defendant shall respond to ECF 19 no later than the close of the business day on July 11, 2025. Signed by Judge Trina L. Thompson on July 8, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Thompson, Trina) (Filed on 7/8/2025) (Entered: 07/08/2025)** |
| 07/08/2025 | 26 | **ORDER by Judge Trina L. Thompson granting 16 Administrative Motion. The Court grants the request to generate orders, public filings and judgments using plaintiffs' initials only, instead of full names. The plaintiff is ordered to provide the full names of all parties under seal. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Thompson, Trina) (Filed on 7/8/2025) (Entered: 07/08/2025)** |
| 07/08/2025 | 27 | **ORDER: The Court reserves July 29, 2025 at 10 a.m. for hearing re. ECF 17. All parties are ordered to appear. The Plaintiff is also ordered to provide the Court with notice of any related cases that are pending in federal court no later than July 11, 2025. Signed by Judge Trina L. Thompson on July 8, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Thompson, Trina) (Filed on 7/8/2025) (Entered: 07/08/2025)** |
| 07/08/2025 | 28 | Appendix re 17 MOTION to Postpone Effective Date of Agency Action filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Related document(s) 17 ) (Bansal, Jessica) (Filed on 7/8/2025) (Entered: 07/08/2025) |
| 07/08/2025 |  | Set/Reset Deadlines as to 17 MOTION to Postpone Effective Date of Agency Action . Motion Hearing set for 7/29/2025 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. (lrc, COURT STAFF) (Filed on 7/8/2025) (Entered: 07/08/2025) |
| 07/09/2025 | 29 | NOTICE of Appearance filed by Amanda Saylor on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem (Saylor, Amanda) (Filed on 7/9/2025) (Entered: 07/09/2025) |
| 07/09/2025 | 30 | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP re 3:25-cv-01766-EMC. Signed by Judge Trina L. Thompson on 7/8/2025. (rfm, COURT USER) (Filed on 7/9/2025) (Entered: 07/09/2025)** |
| 07/09/2025 | 31 | NOTICE of Appearance filed by Anna Dichter on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem (Dichter, Anna) (Filed on 7/9/2025) (Entered: 07/09/2025) |
| 07/10/2025 | 32 | NOTICE of Appearance filed by Daniel Cappelletti on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem (Cappelletti, Daniel) (Filed on 7/10/2025) (Entered: 07/10/2025) |

| | | |
|---|---|---|
| 07/11/2025 | 33 | NOTICE of Appearance filed by Eric Michael Snyderman on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem (Snyderman, Eric) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 34 | NOTICE of Appearance filed by Catherine Ross on behalf of U.S. Department of Homeland Security, United States of America (Ross, Catherine) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 35 | OPPOSITION/RESPONSE (re 19 ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE re 17 MOTION to Postpone Effective Date of Agency Action ) filed byU.S. Department of Homeland Security, United States of America. (Ross, Catherine) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 36 | **ORDER GRANTING ECF 19 : The Court finds good cause to grant Plaintiffs' administrative motion for order shortening time and setting schedule re Plaintiffs' motion to postpone effective date of agency action (ECF 17 ). Defendants shall file their response to Plaintiffs' motion to postpone by July 14, 2025. Plaintiffs shall file their reply by July 18, 2025. The Court shall hear oral argument on Plaintiffs' motion to postpone on July 29, 2025 at \*\*\*2:00 PM\*\*\*. Signed by Judge Trina L. Thompson on 7/11/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc1, COURT STAFF) (Filed on 7/11/2025) Modified on 7/11/2025 (rfm, COURT USER). (Entered: 07/11/2025)** |
| 07/11/2025 | 37 | NOTICE by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez re 27 Order, *re Notice of Related Cases* (Bansal, Jessica) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 38 | SUMMONS Returned Executed by Sandhya Lama, Jhony Silva, S.K., Denis Molina, Teofilo Martinez, National TPS Alliance, Maria Elena Hernandez, O.C.. Kristi Noem served on 7/11/2025, answer due 9/9/2025. (Bansal, Jessica) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 39 | SUMMONS Returned Executed by Sandhya Lama, Jhony Silva, S.K., Denis Molina, Teofilo Martinez, National TPS Alliance, Maria Elena Hernandez, O.C.. U.S. Department of Homeland Security served on 7/11/2025, answer due 9/9/2025. (Bansal, Jessica) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 40 | SUMMONS Returned Executed by Sandhya Lama, Jhony Silva, S.K., Denis Molina, Teofilo Martinez, National TPS Alliance, Maria Elena Hernandez, O.C.. United States of America served on 7/11/2025, answer due 9/9/2025. (Bansal, Jessica) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 41 | SUMMONS Returned Executed by Sandhya Lama, Jhony Silva, S.K., Denis Molina, Teofilo Martinez, National TPS Alliance, Maria Elena Hernandez, O.C.. All Defendants. (Bansal, Jessica) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 42 | ADMINISTRATIVE MOTION *to Expedite Production of the Certified Administrative Records* filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 7/15/2025. (Attachments: # 1 Proposed Order)(Bansal, Jessica) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | 43 | Declaration in Support of 42 ADMINISTRATIVE MOTION *to Expedite Production of the Certified Administrative Records* filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Attachments: # 1 Exhibit)(Related document(s) 42 ) (Bansal, Jessica) (Filed on 7/11/2025) (Entered: 07/11/2025) |

| | | |
|---|---|---|
| 07/12/2025 | 44 | ERRATA re 18 Declaration in Support,,, *of Plaintiffs' Motion to Postpone Effective Date of Agency Action* by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Attachments: # 1 Exhibit A (replaces Dkt 18), # 2 Exhibit 16 (replaces Dkt 18-16))(Bansal, Jessica) (Filed on 7/12/2025) (Entered: 07/12/2025) |
| 07/14/2025 | 45 | OPPOSITION/RESPONSE (re 17 MOTION to Postpone Effective Date of Agency Action ) filed byU.S. Department of Homeland Security, United States of America, Kristi Noem. (Saylor, Amanda) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/15/2025 | 46 | OPPOSITION/RESPONSE (re 42 ADMINISTRATIVE MOTION *to Expedite Production of the Certified Administrative Records* ) filed byU.S. Department of Homeland Security, United States of America, Kristi Noem. (Dichter, Anna) (Filed on 7/15/2025) (Entered: 07/15/2025) |
| 07/15/2025 | 47 | **ORDER GRANTING ECF 42 PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE PRODUCTION OF CERFITIED ADMINISTRATIVE RECORDS. Signed by Judge Trina L. Thompson on 7/15/2025. (tltlc1, COURT STAFF) (Filed on 7/15/2025) (Entered: 07/15/2025)** |
| 07/16/2025 | 48 | NOTICE of Appearance filed by Jonathon Paul Hauenschild on behalf of Immigration Reform Law Institute (Hauenschild, Jonathon) (Filed on 7/16/2025) (Entered: 07/16/2025) |
| 07/16/2025 | 49 | ADMINISTRATIVE MOTION Leave to File Amicus filed by Immigration Reform Law Institute. Responses due by 7/21/2025. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Proposed Order [Proposed] Order Granting Motion For Leave, # 3 Certificate/Proof of Service Certificate of Service)(Hauenschild, Jonathon) (Filed on 7/16/2025) (Entered: 07/16/2025) |
| 07/17/2025 | 50 | NOTICE of Appearance filed by William Weiland on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem (Weiland, William) (Filed on 7/17/2025) (Entered: 07/17/2025) |
| 07/17/2025 | 51 | **Order GRANTING 15 Motion for Pro Hac Vice as to Erik Matthew Crew. Signed by Judge Trina L Thompson on 7/17/2025. (rfm, COURT USER) (Filed on 7/17/2025) (Entered: 07/17/2025)** |
| 07/18/2025 | 52 | MOTION for Leave to File *Brief of Amici Curiae in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (Doc 17)* filed by State of California. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Proposed Order)(Conway, Benjamin) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/18/2025 | 53 | REPLY (re 17 MOTION to Postpone Effective Date of Agency Action ) *and Defendants' 45 Opposition/Response* filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Bansal, Jessica) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/18/2025 | 54 | Declaration of Jessica Karp Bansal in Support of 53 Reply to Opposition/Response, filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Related document(s) 53 ) (Bansal, Jessica) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/21/2025 | 55 | NOTICE of Appearance filed by Shelby Wade on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem (Wade, Shelby) (Filed on 7/21/2025) (Entered: 07/21/2025) |

| | | |
|---|---|---|
| 07/21/2025 | 56 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20915530.) filed by State of California. (Welton, Cleland) (Filed on 7/21/2025) (Entered: 07/21/2025) |
| 07/21/2025 | 57 | **Order GRANTING 56 Motion for Pro Hac Vice as to Cleland B. Welton II. Signed by Judge Trina L Thompson on 7/21/2025. (rfm, COURT USER) (Filed on 7/21/2025) (Entered: 07/21/2025)** |
| 07/24/2025 | 58 | **ORDER DENYING ECF 49 IMMIGRATION REFORM LAW INSTITUTE (IRLI) MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF: The Court denies IRLI's motion for leave to file an amicus curiae brief. The proposed brief contains assertions that do not assist the Court's understanding of the legal issues presented in ECF 17 . Signed by Judge Trina L. Thompson on 7/24/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc1, COURT STAFF) (Filed on 7/24/2025) (Entered: 07/24/2025)** |
| 07/24/2025 | 59 | **ORDER GRANTING ECF 52 MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE: The Court grants Amici States' motion for leave to appear as amici curiae and file a proposed brief. The proposed brief contains assertions that assist the Court's understanding of the legal issues presented in ECF 17 . Signed by Judge Trina L. Thompson on 7/24/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc1, COURT STAFF) (Filed on 7/24/2025) (Entered: 07/24/2025)** |
| 07/25/2025 | 60 | **QUESTIONS FOR JULY 29, 2025 HEARING RE: PLAINTIFFS' 17 MOTION TO POSTPONE. Signed by Judge Trina L. Thompson on 7/25/2025. (rfm, COURT USER) (Filed on 7/25/2025) (Entered: 07/25/2025)** |
| 07/25/2025 | 61 | ADMINISTRATIVE MOTION For Leave to File Brief of Amici Curiae 12 Local Governments in Support of Plaintiffs' Motion to Postpone re 17 MOTION to Postpone Effective Date of Agency Action filed by County of Los Angeles. Responses due by 7/29/2025. (Attachments: # 1 Proposed Amicus Brief, # 2 Proposed Order)(Campos, Liliana) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/28/2025 | 62 | NOTICE by U.S. Department of Homeland Security, United States of America, Kristi Noem *Filing of Administrative Record - Honduras TPS Termination* (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2, # 3 Exhibit Part 3, # 4 Exhibit Certification of Administrative Record)(Wade, Shelby) (Filed on 7/28/2025) (Entered: 07/28/2025) |
| 07/28/2025 | 63 | NOTICE by U.S. Department of Homeland Security, United States of America, Kristi Noem *Filing of Administrative Record - Nicaragua TPS Termination* (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2, # 3 Exhibit Part 3, # 4 Exhibit Part 4, # 5 Exhibit Part 5, # 6 Exhibit Part 6, # 7 Exhibit Part 7, # 8 Exhibit Part 8, # 9 Exhibit Part 9, # 10 Exhibit Part 10, # 11 Exhibit Certification of Administrative Record)(Wade, Shelby) (Filed on 7/28/2025) (Entered: 07/28/2025) |
| 07/28/2025 | 64 | NOTICE by U.S. Department of Homeland Security, United States of America, Kristi Noem *Filing of Administrative Record - Nepal TPS Termination* (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2, # 3 Exhibit Part 3, # 4 Exhibit Part 4, # 5 Exhibit Part 5, # 6 Exhibit Part 6, # 7 Exhibit Part 7, # 8 Exhibit Part 8, # 9 Exhibit Part 9, # 10 Exhibit Part 10, # 11 Exhibit Part 11, # 12 Exhibit Part 12, # 13 Exhibit Part 13, # 14 Exhibit Certification of Administrative Record)(Wade, Shelby) (Filed on 7/28/2025) (Entered: 07/28/2025) |
| 07/28/2025 | 65 | RESPONSE re 60 Order *(Questions for July 29, 2025 Hearing re: Plaintiffs' Motion to Postpone)* by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Cappelletti, Daniel) (Filed on 7/28/2025) (Entered: 07/28/2025) |

| 07/28/2025 | 66 | **ORDER GRANTING ECF 61 MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE: The Court grants Amici Cities and Counties motion for leave to file a proposed brief. The proposed brief contains assertions that assist the Court's understanding of the legal issues presented in ECF 17 . No amici may participate in oral argument absent the Court's permission. Signed by Judge Trina L. Thompson on 7/28/2025.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tltlc1, COURT STAFF) (Filed on 7/28/2025) (Entered: 07/28/2025)** |
|---|---|---|
| 07/28/2025 | 67 | RESPONSE re 60 Order *Questions for July 29, 2025, Hearing Re: Plaintiff's' Motion to Postpone (Dkt. 17)* by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (MacLean, Emilou) (Filed on 7/28/2025) (Entered: 07/28/2025) |
| 07/28/2025 | 68 | ERRATA *Notice of Errata Regarding Administrative Motion for Leave to File Brief of Amici Curiae 12 Local Governments in Support of Plaintiffs' Motion to Postpone* by County of Los Angeles. (Attachments: # 1 Corrected Appendix A)(Campos, Liliana) (Filed on 7/28/2025) (Entered: 07/28/2025) |
| 07/29/2025 | 69 | **FOLLOW-UP QUESTIONS FOR THE HEARING Re: Dkt. No. 17 . Signed by Judge Trina L. Thompson on 7/29/2025. (rfm, COURT USER) (Filed on 7/29/2025) (Entered: 07/29/2025)** |
| 07/29/2025 | 70 | **REMARK: The Court has taken the matter under submission, written order to issue no later than July 31, 2025, 5pm. The Court reserves August 14, 2025 for Initial Case Management Conference and maintains October 9, 2025 as a further case management conference. The Court further reserves November 18, 2025 at 2:00 pm for Preliminary Injunction Hearing. Signed by Judge Trina L. Thompson on July 29, 2025.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(Thompson, Trina) (Filed on 7/29/2025) (Entered: 07/29/2025)** |
| 07/29/2025 | 71 | **Minute Entry for proceedings held before Judge Trina L Thompson: Motion Hearing held on 7/29/2025. re 17 MOTION to Postpone Effective Date of Agency Action filed by National TPS Alliance, Jhony Silva, Teofilo Martinez, Maria Elena Hernandez, O.C., Sandhya Lama, Denis Molina, S.K.** <br><br> **The motion having been argued and submitted, the Court takes it under submission.** <br><br> **Total Time in Court: 1 hour, 54 minutes.** <br> **Court Reporter: Andrea Bluedorn.** <br> **Plaintiff Attorney: Ahilan Arulanantham, Jessica Bansal, Michelle Cho, Emilou McClean, Erik Crew, Lauren Wilfong.** <br> **Defendant Attorney: William Weiland.** <br><br> *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(rfm, COURT USER) (Date Filed: 7/29/2025) (Entered: 07/30/2025)** |
| 07/30/2025 | | Set Deadlines/Hearings re ECF No. 70 : Initial Case Management Conference set for 8/14/2025 02:00 PM in San Francisco, - Videoconference Only. Further Case Management Conference set for 10/9/2025 02:00 PM in San Francisco, - Videoconference Only. Preliminary Injunction Hearing set for 11/18/2025 02:00 PM. (rfm, COURT USER) (Filed on 7/30/2025) (Entered: 07/30/2025) |

| 07/31/2025 | 72 | NOTICE of Appearance filed by Jeffrey Michael Hartman on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem (Hartman, Jeffrey) (Filed on 7/31/2025) (Entered: 07/31/2025) |
|---|---|---|
| 07/31/2025 | 73 | **ORDER GRANTING PLAINTIFFS' 17 MOTION TO POSTPONE. Signed by Judge Trina L. Thompson on 7/31/2025. (rfm, COURT USER) (Filed on 7/31/2025) (Entered: 07/31/2025)** |
| 08/01/2025 | 74 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals **USCA 25-4901** filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. Appeal of Order on Motion for Miscellaneous Relief 73 (Appeal fee FEE WAIVED.) (Hartman, Jeffrey) (Filed on 8/1/2025) Modified on 8/8/2025 (pjf, COURT STAFF). (Entered: 08/01/2025) |
| 08/01/2025 | 75 | MOTION to Stay re 73 Order on Motion for Miscellaneous Relief filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. Responses due by 8/15/2025. Replies due by 8/22/2025. (Attachments: # 1 Proposed Order) (Hartman, Jeffrey) (Filed on 8/1/2025) (Entered: 08/01/2025) |
| 08/01/2025 | 76 | MOTION to Shorten Time *to Respond to Defendants' Motion for A Stay Pending Appeal* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Attachments: # 1 Proposed Order)(Hartman, Jeffrey) (Filed on 8/1/2025) (Entered: 08/01/2025) |
| 08/04/2025 | 77 | ERRATA re 62 Notice (Other), by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Attachments: # 1 Index, # 2 USCIS Decision Memo, # 3 Certification)(Wade, Shelby) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/04/2025 | 78 | ERRATA re 63 Notice (Other), by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Attachments: # 1 Index, # 2 USCIS Decision Memo, # 3 Certification)(Wade, Shelby) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/04/2025 | 79 | ERRATA re 64 Notice (Other),, by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Attachments: # 1 Index, # 2 USCIS Decision Memo, # 3 Certification)(Wade, Shelby) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/04/2025 | 86 | USCA Scheduling Order**USCA 25-4901** as to 74 Notice of Appeal to the Ninth Circuit, filed by U.S. Department of Homeland Security, Kristi Noem, United States of America. (pjf, COURT STAFF) (Filed on 8/4/2025) Modified on 8/8/2025 (pjf, COURT STAFF). (Entered: 08/08/2025) |
| 08/06/2025 | 80 | **ORDER RE 76 DEFENDANTS MOTION TO SHORTEN TIME: Plaintiffs shall a response to Defendants motion to stay by August 7, 2025 at 10am. Signed by Judge Trina L. Thompson on August 6, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Thompson, Trina) (Filed on 8/6/2025) (Entered: 08/06/2025)** |
| 08/06/2025 | 81 | TRANSCRIPT ORDER for proceedings held on 07/29/2025 before Judge Trina L Thompson by United States of America, for Court Reporter Andrea Bluedorn. (Dichter, Anna) (Filed on 8/6/2025) (Entered: 08/06/2025) |
| 08/07/2025 | 82 | OPPOSITION/RESPONSE (re 75 MOTION to Stay re 73 Order on Motion for Miscellaneous Relief ) filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Attachments: # 1 Declaration of Jessica Bansal, # 2 Declaration of Jose Palma)(Bansal, Jessica) (Filed on 8/7/2025) (Entered: 08/07/2025) |

| 08/07/2025 | 83 | TRANSCRIPT ORDER for proceedings held on 7/29/2025 before Judge Trina L Thompson by National TPS Alliance, for Court Reporter Andrea Bluedorn. (MacLean, Emilou) (Filed on 8/7/2025) (Entered: 08/07/2025) |
|---|---|---|
| 08/07/2025 | 84 | JOINT CASE MANAGEMENT STATEMENT filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Attachments: # 1 Exhibit A)(MacLean, Emilou) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/07/2025 | 85 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (MacLean, Emilou) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/08/2025 | 87 | **ORDER DENYING DEFENDANTS' 75 MOTION TO STAY. Signed by Judge Trina L. Thompson on 8/8/2025. (rfm, COURT USER) (Filed on 8/8/2025) (Entered: 08/08/2025)** |
| 08/11/2025 | 88 | Transcript of Proceedings held on 7/29/25, before Judge Trina L. Thompson. Court Reporter/Transcriber Andrea Bluedorn, telephone number 715-965-2298, email Andrea_Bluedorn@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 81 Transcript Order, 83 Transcript Order ) Release of Transcript Restriction set for 11/10/2025. (Related documents(s) 81 , 83 ) (Bluedorn, Andrea) (Filed on 8/11/2025) (Entered: 08/11/2025) |
| 08/14/2025 | 90 | **Minute Entry for proceedings held before Judge Trina L Thompson: Initial Case Management Conference held via Zoom webinar on 8/14/2025.**<br><br>**Tentative case management scheduling order shared with the parties is adopted with modifications.**<br><br>**Scheduling order to be issued.**<br><br>**When filing exhibits, the parties are to provide an index and identify those portions pertaining to the motion.**<br><br>**Total Time in Court: 19 minutes.**<br>**Court Reporter: Not reported.**<br>**Plaintiff Attorney: Emilou MacLean Jessica Bansal, Ahilan Arulanantham.**<br>**Defendant Attorney: William Weiland.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(rfm, COURT USER) (Date Filed: 8/14/2025) (Entered: 08/18/2025)** |
| 08/14/2025 | 91 | **CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Judge Trina L. Thompson on 8/14/2025.**<br><br>**Motion Hearing set for 11/18/2025 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.**<br>**Replies due by 11/4/2025.**<br>**Responses due by 10/28/2025.**<br>**Dispositive Motion due by 10/14/2025.**<br><br>**Close of Expert Discovery is 10/8/2025.**<br>**Rebuttal Reports due by 10/3/2025.** |

**Opening Reports due by 9/29/2025.**
**Close of Fact Discovery is 9/23/2025.**

**If requested by parties, Settlement Conference with a Magistrate Judge to be completed by 11/1/2025.**

**Further Case Management Conference set for 10/2/2025 at 2:00 PM in San Francisco - Videoconference Only. Joint Case Management Statement due by 9/25/2025.**

**Amended Pleadings due by 9/22/2025.**

**Class Certification Motion Hearing set for 9/16/2025 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.**
**Replies due by 8/29/2025.**
**Responses due by 8/25/2025.**
**Motion due by 8/15/2025.**

**(rfm, COURT USER) (Filed on 8/14/2025) (Entered: 08/18/2025)**

| | | |
|---|---|---|
| 08/15/2025 | 89 | MOTION to Certify Class filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Motion to Certify Class Hearing set for 9/16/2025 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Responses due by 8/29/2025. Replies due by 9/5/2025. (Attachments: # 1 Declaration of Jessica Karp Bansal, # 2 Declaration of Ahilan T. Arulanantham, # 3 Declaration of Emilou H. MacLean, # 4 Declaration of Erik Crew, # 5 Proposed Order)(Bansal, Jessica) (Filed on 8/15/2025) (Entered: 08/15/2025) |
| 08/18/2025 | 92 | **ORDER OF REFERENCE to Magistrate Judge Sallie Kim for Discovery purposes. Signed by Judge Trina L. Thompson on 8/14/2025. (rfm, COURT USER) (Filed on 8/18/2025) (Entered: 08/18/2025)** |
| 08/18/2025 | 93 | CASE REFERRED to Magistrate Judge Sallie Kim for Discovery. (ejk, COURT STAFF) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/18/2025 | 94 | **Notice of Referral for Discovery. Signed by Judge Sallie Kim on August 18, 2025. (sklc1, COURT STAFF) (Filed on 8/18/2025) (Entered: 08/18/2025)** |
| 08/19/2025 | 95 | Joint Discovery Letter Brief filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Attachments: # 1 Exhibit A - RFP Set One, # 2 Exhibit B - RFP Set Two)(Bansal, Jessica) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 08/20/2025 | 96 | ORDER of USCA as to 74 Notice of Appeal to the Ninth Circuit, filed by U.S. Department of Homeland Security, Kristi Noem, United States of America (pjf, COURT STAFF) (Filed on 8/20/2025) (Entered: 08/20/2025) |
| 08/21/2025 | 97 | **ORDER REGARDING EXTRA-RECORD DISCOVERY AND DELIBERATIVE PROCESS PRIVILEGE 95 . Signed by Magistrate Judge Sallie Kim on 8/21/2025. (sklc2, COURT STAFF) (Filed on 8/21/2025) (Entered: 08/21/2025)** |
| 08/21/2025 | 98 | CLERK'S NOTICE Resetting Motion Hearing for 11:00 AM as to 89 MOTION to Certify Class .<br><br>The Motion Hearing set for 9/16/2025 is re-set from 2:00 PM to 11:00 AM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. |

| | | |
|---|---|---|
| | | *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Filed on 8/21/2025) (Entered: 08/21/2025) |
| 08/25/2025 | 99 | OPPOSITION/RESPONSE (re 89 MOTION to Certify Class ) filed byU.S. Department of Homeland Security, United States of America, Kristi Noem. (Cappelletti, Daniel) (Filed on 8/25/2025) (Entered: 08/25/2025) |
| 08/25/2025 | 100 | MOTION for Partial Summary Judgment *; Memorandum of Points and Authorities in Support Thereof* filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 9/8/2025. Replies due by 9/15/2025. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Proposed Order)(Bansal, Jessica) (Filed on 8/25/2025) (Entered: 08/25/2025) |
| 08/25/2025 | 101 | ADMINISTRATIVE MOTION For Leave to File Multiple Motions For Summary Judgement re 100 MOTION for Partial Summary Judgment *; Memorandum of Points and Authorities in Support Thereof* filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 8/29/2025. (Attachments: # 1 Proposed Order)(Bansal, Jessica) (Filed on 8/25/2025) (Entered: 08/25/2025) |
| 08/25/2025 | 102 | ADMINISTRATIVE MOTION For Order Shortening Time and Setting Schedule re 100 MOTION for Partial Summary Judgment *; Memorandum of Points and Authorities in Support Thereof*, 101 ADMINISTRATIVE MOTION For Leave to File Multiple Motions For Summary Judgement re 100 MOTION for Partial Summary Judgment *; Memorandum of Points and Authorities in Support Thereof* filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 8/29/2025. (Attachments: # 1 Declaration, # 2 Proposed Order)(Bansal, Jessica) (Filed on 8/25/2025) (Entered: 08/25/2025) |
| 08/26/2025 | 103 | OPPOSITION/RESPONSE (re 102 ADMINISTRATIVE MOTION For Order Shortening Time and Setting Schedule re 100 MOTION for Partial Summary Judgment *; Memorandum of Points and Authorities in Support Thereof*, 101 ADMINISTRATIVE MOTION For Leave to File Multiple Motions ) filed byU.S. Department of Homeland Security, United States of America, Kristi Noem. (Wade, Shelby) (Filed on 8/26/2025) (Entered: 08/26/2025) |
| 08/26/2025 | 104 | **ORDER RE ECF 100 , 101 , AND 102 : The Court DENIES Plaintiffs' administrative motion for leave to file multiple motions for summary judgment for lack of good cause. See Bally v. State Farm Life Insurance Co., 2021 WL 3514009, at *2 (N.D. Cal. Aug. 10, 2021). Plaintiffs' administrative motion for order shortening time re ECF 100 is DENIED AS MOOT. Signed by Judge Trina L. Thompson on August 26, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc1, COURT STAFF) (Filed on 8/26/2025) (Entered: 08/26/2025)** |
| 08/28/2025 | 105 | Joint Discovery Letter Brief filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (MacLean, Emilou) (Filed on 8/28/2025) (Entered: 08/28/2025) |
| 08/29/2025 | 106 | REPLY (re 89 MOTION to Certify Class ) filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Bansal, Jessica) (Filed on 8/29/2025) (Entered: 08/29/2025) |
| 09/04/2025 | 107 | **ORDER REGARDING DELIBERATIVE PROCESS PRIVILEGE AND REQUESTS FOR PRODUCTION. Signed by Magistrate Judge Sallie Kim on 9/4/2025. (bxl, COURT STAFF) (Filed on 9/4/2025) (Entered: 09/04/2025)** |

| 09/08/2025 | 108 | NOTICE of Withdrawal filed by Amanda Saylor, no longer appearing on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem in this case (Saylor, Amanda) (Filed on 9/8/2025) (Entered: 09/08/2025) |
|---|---|---|
| 09/08/2025 | 109 | NOTICE of Withdrawal filed by Anna Dichter, no longer appearing on behalf of U.S. Department of Homeland Security, United States of America, Kristi Noem in this case (Dichter, Anna) (Filed on 9/8/2025) (Entered: 09/08/2025) |
| 09/09/2025 | 110 | MOTION to Dismiss *Plaintiffs' Complaint* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. Motion to Dismiss Hearing set for 10/14/2025 02:00 PM in San Francisco, Courtroom 09, 19th Floor. Responses due by 9/23/2025. Replies due by 9/30/2025. (Cappelletti, Daniel) (Filed on 9/9/2025) (Entered: 09/09/2025) |
| 09/10/2025 | 111 | **QUESTIONS FOR THE SEPTEMBER 16, 2025 HEARING RE: ECF 89 PLAINTIFFS' MOTION TO CERTIFY CLASS. Signed by Judge Trina L. Thompson on 9/10/2025. (tltlc3, COURT STAFF) (Filed on 9/10/2025) (Entered: 09/10/2025)** |
| 09/11/2025 | 112 | Joint Discovery Letter Brief *Regarding Production of Certified Administrative Records* filed by U.S. Department of Homeland Security, United States of America, National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez, Kristi Noem. (MacLean, Emilou) (Filed on 9/11/2025) (Entered: 09/11/2025) |
| 09/11/2025 | 113 | **ORDER REGARDING ADMINISTRATIVE RECORD PRODUCTION. Signed by Magistrate Judge Sallie Kim on 9/11/2025. (bxl, COURT STAFF) (Filed on 9/11/2025) (Entered: 09/12/2025)** |
| 09/12/2025 | 114 | Consent MOTION to Appear by Telephone *or by Video Teleconference at Hearing Set for September 16, 2025* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Cappelletti, Daniel) (Filed on 9/12/2025) (Entered: 09/12/2025) |
| 09/12/2025 | 115 | **Order. Signed 9/12/2025 by Judge Trina L Thompson denying 114 Motion to Appear by Telephone. Good cause was not recited, Defendant shall appear in person.(klh, COURT STAFF) (Filed on 9/12/2025) (Entered: 09/12/2025)** |
| 09/15/2025 | 116 | OPPOSITION/RESPONSE (re 89 MOTION to Certify Class ) *re: ecf 111* filed byU.S. Department of Homeland Security, United States of America, Kristi Noem. (Kramer, Ilana) (Filed on 9/15/2025) (Entered: 09/15/2025) |
| 09/15/2025 | 117 | Response re 111 Order *Questions for September 16, 2025, Hearing Re: Plaintiff's' Motion to Certify Class (Dkt. 89)* by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (MacLean, Emilou) (Filed on 9/15/2025) (Entered: 09/15/2025) |
| 09/16/2025 | 118 | CLERK'S NOTICE Continuing Motion Hearing as to 110 MOTION to Dismiss *Plaintiffs' Complaint*.<br><br>The Motion Hearing set for 10/14/2025 is re-set for 11/18/2025 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.<br><br>The briefing schedule is maintained.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Filed on 9/16/2025) (Entered: 09/16/2025) |

| | | |
|---|---|---|
| 09/16/2025 | 119 | **Minute Entry for proceedings held before Judge Trina L Thompson: Motion Hearing held on 9/16/2025. re 89 MOTION to Certify Class filed by National TPS Alliance, Jhony Silva, Teofilo Martinez, Maria Elena Hernandez, O.C., Sandhya Lama, Denis Molina, S.K.**<br><br>**The motion having been argued and submitted, the Court takes it under submission.**<br><br>**Written order to be issued.**<br><br>**Total Time in Court: 41 minutes.**<br>**Court Reporter: Ana Dub.**<br>**Plaintiff Attorney: Lauren Wilfong, Emilou MacLean.**<br>**Defendant Attorney: Daniel Cappelletti, William Weiland.**<br><br>***(This is a text-only entry generated by the court. There is no document associated with this entry.) (rfm, COURT USER) (Date Filed: 9/16/2025) (Entered: 09/16/2025)*** |
| 09/19/2025 | 120 | TRANSCRIPT ORDER for proceedings held on 9/16/2025 before Judge Trina L Thompson by National TPS Alliance, for Court Reporter Ana Dub. (MacLean, Emilou) (Filed on 9/19/2025) (Entered: 09/19/2025) |
| 09/23/2025 | 121 | OPPOSITION/RESPONSE (re 110 MOTION to Dismiss *Plaintiffs' Complaint* ) filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Bansal, Jessica) (Filed on 9/23/2025) Modified on 9/27/2025 (kmg, COURT STAFF). (Entered: 09/23/2025) |
| 09/28/2025 | 180 | Transcript of Proceedings held on September 16, 2025, before Judge Trina L. Thompson. Stenographic Court Reporter Ana Dub, RDR, CRR, telephone number 415-290-1651/ana_dub@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 120 Transcript Order ). Release of Transcript Restriction set for 12/29/2025. (mkl, COURT STAFF) (Filed on 9/28/2025) (Entered: 11/10/2025) |
| 09/29/2025 | 123 | STIPULATION WITH PROPOSED ORDER - *Stipulated Protective Order* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Attachments: # 1 Declaration Declaration and Redline Copy)(Cappelletti, Daniel) (Filed on 9/29/2025) (Entered: 09/29/2025) |
| 09/29/2025 | 124 | STIPULATION WITH PROPOSED ORDER - *Clawback and FRE 502(d) Order* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Cappelletti, Daniel) (Filed on 9/29/2025) (Entered: 09/29/2025) |
| 09/29/2025 | 125 | **ORDER: A case management conference is scheduled for 10/2/2025, at 2:00 p.m. The parties did not file a joint case management statement as required under Judge Thompson's Civil Standing Order. See Judge Thompson's Civil Standing Order at Para. 12. The parties are ORDERED to file a joint case management statement by Wednesday, 10/1/2025. Failure to timely file a joint case management statement may result in the case management conference being continued and an order to show cause. IT IS SO ORDERED. Signed by Judge Trina L. Thompson on 9/29/2025.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tltlc3, COURT STAFF) (Filed on 9/29/2025) (Entered: 09/29/2025)** |
| 09/30/2025 | 126 | **STIPULATED PROTECTIVE ORDER. Signed by Magistrate Judge Sallie Kim on 9/30/2025. (bxl, COURT STAFF) (Filed on 9/30/2025) (Entered: 09/30/2025)** |

| | | |
|---|---|---|
| 09/30/2025 | 127 | **STIPULATED CLAWBACK AGREEMENT AND FEDERAL RULE OF EVIDENCE 502(d) ORDER. Signed by Magistrate Judge Sallie Kim on 9/30/2025. (bxl, COURT STAFF) (Filed on 9/30/2025) (Entered: 09/30/2025)** |
| 09/30/2025 | 128 | REPLY (re 110 MOTION to Dismiss *Plaintiffs' Complaint* ) filed byU.S. Department of Homeland Security, United States of America, Kristi Noem. (Bryant, Lauren) (Filed on 9/30/2025) (Entered: 09/30/2025) |
| 09/30/2025 | 129 | Joint Discovery Letter Brief filed by U.S. Department of Homeland Security, United States of America, National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez, Kristi Noem. (Attachments: # 1 Exhibit 1)(MacLean, Emilou) (Filed on 9/30/2025) (Entered: 09/30/2025) |
| 10/01/2025 | 130 | **ORDER REGARDING IN CAMERA REVIEW. Signed by Magistrate Judge Sallie Kim on 10/1/2025. (bxl, COURT STAFF) (Filed on 10/1/2025) (Entered: 10/01/2025)** |
| 10/01/2025 | 131 | JOINT CASE MANAGEMENT STATEMENT filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Cappelletti, Daniel) (Filed on 10/1/2025) Modified on 10/2/2025 (kmg, COURT STAFF). (Entered: 10/01/2025) |
| 10/02/2025 | 132 | MOTION to Stay *Proceedings in Light of Lapse in Appropriations* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. Responses due by 10/16/2025. Replies due by 10/23/2025. (Bryant, Lauren) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 133 | **ORDER 132 Pursuant to 7-11(b), the Plaintiff is given leave to file an opposition to the Motion for Administrative Relief and the Government's Request for a Stay. The parties have agreed to opposition being filed within 48 hours of this order. The parties should address whether the case falls within emergencies involving the safety of human life pursuant to 31 U.S.C. § 1342. Signed by Judge Trina L. Thompson on October 2, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Thompson, Trina) (Filed on 10/2/2025) (Entered: 10/02/2025)** |
| 10/02/2025 | 134 | **ORDER GRANTING 89 MOTION FOR CLASS CERTIFICATION. Signed by Judge Trina L. Thompson on 10/2/2025. (rfm, COURT USER) (Filed on 10/2/2025) (Entered: 10/02/2025)** |
| 10/02/2025 | 135 | OPPOSITION/RESPONSE (re 132 MOTION to Stay *Proceedings in Light of Lapse in Appropriations* ) filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Bansal, Jessica) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 136 | **Minute Entry for proceedings held before Judge Trina L Thompson: Further Case Management Conference held via Zoom webinar on 10/2/2025.**<br><br>**The Court tentatively denies the 132 MOTION to Stay Proceedings in Light of Lapse in Appropriations. The Government to file its reply by the close of business on 10/3/2025. The Court takes the motion under submission and will render its ruling on 10/6/2025.**<br><br>**All previously ordered dates are maintained.**<br><br>**Total Time in Court: 16 minutes.**<br>**Court Reporter: Not reported.**<br>**Plaintiff Attorney: Jessica Bansal, Emilou MacLean.**<br>**Defendant Attorney: William Weiland.** |

| | | |
|---|---|---|
| | | *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Date Filed: 10/2/2025) (Entered: 10/02/2025) |
| 10/03/2025 | 137 | REPLY (re 132 MOTION to Stay *Proceedings in Light of Lapse in Appropriations* ) filed byU.S. Department of Homeland Security, United States of America, Kristi Noem. (Bryant, Lauren) (Filed on 10/3/2025) (Entered: 10/03/2025) |
| 10/03/2025 | 138 | **Order re ECF 132 : The Court has considered the parties' briefing on Defendants' request to stay proceedings in light of the lapse of appropriations and DENIES Defendants' request. The Court finds that this litigation does involve "the safety of human life or the protection of property" warranting continued service under 31 U.S.C. § 1342. "Further delay could lead to Plaintiffs' deportation" to countries where they risk harm. See Doe 1 v. Nielsen, No. 18-cv-02349-BLF, 2019 WL 1473463 (N.D. Cal. Jan. 3, 2019). Signed by Judge Trina L. Thompson on 10/3/2025.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tltlc3, COURT STAFF) (Filed on 10/3/2025) (Entered: 10/03/2025)** |
| 10/10/2025 | 139 | NOTICE of Lodging by U.S. Department of Homeland Security, United States of America, Kristi Noem *of Lodging* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Cappelletti, Daniel) (Filed on 10/10/2025) Modified on 10/17/2025 (kmg, COURT STAFF). (Entered: 10/10/2025) |
| 10/10/2025 | 140 | ADMINISTRATIVE MOTION Appointing Additional Class Co-Counsel filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 10/14/2025. (Attachments: # 1 Declaration of Jessica Bansal in Support of Plaintiffs' Unopposed Administrative Motion to Add Class Counsel, # 2 Proposed Order Appointing Additional Class Co-Counsel) (Bansal, Jessica) (Filed on 10/10/2025) (Entered: 10/10/2025) |
| 10/14/2025 | 141 | STIPULATION WITH PROPOSED ORDER *regarding Late Produced Documents* filed by U.S. Department of Homeland Security, United States of America, National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez, Kristi Noem. (MacLean, Emilou) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 142 | MOTION for Summary Judgment filed by U.S. Department of Homeland Security, United States of America. Motion for Summary Judgment Hearing set for 11/18/2025 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Responses due by 10/28/2025. Replies due by 11/4/2025. (Ross, Catherine) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 143 | MOTION Exclude Expert Testimony filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. Motion Hearing set for 11/18/2025 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Responses due by 10/28/2025. Replies due by 11/4/2025. (Bryant, Lauren) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 144 | MOTION for Partial Summary Judgment filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Motion Hearing set for 11/18/2025 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Responses due by 10/28/2025. Replies due by 11/4/2025. (Attachments: # 1 Proposed Order)(Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 145 | Declaration of Jessica Karp Bansal in Support of 144 MOTION for Partial Summary Judgment filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit |

6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55)(Related document(s) 144 ) (Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025)

| 10/14/2025 | 146 | Declaration of A.Q. in Support of 144 MOTION for Partial Summary Judgment filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Related document(s) 144 ) (Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| --- | --- | --- |
| 10/14/2025 | 147 | Declaration of Emilia Garcia in Support of 144 MOTION for Partial Summary Judgment filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Related document(s) 144 ) (Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 148 | Declaration of Marcos Miralda in Support of 144 MOTION for Partial Summary Judgment filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Related document(s) 144 ) (Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 149 | Declaration of P.C. in Support of 144 MOTION for Partial Summary Judgment filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Related document(s) 144 ) (Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 150 | Declaration of S.F. in Support of 144 MOTION for Partial Summary Judgment filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Related document(s) 144 ) (Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 151 | Declaration of S.P. in Support of 144 MOTION for Partial Summary Judgment filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Related document(s) 144 ) (Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 152 | Declaration of Anil Jung Shahi in Support of 144 MOTION for Partial Summary Judgment filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (Related document(s) 144 ) (Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 153 | ADMINISTRATIVE MOTION re 144 MOTION for Partial Summary Judgment *to Consider Extra-Record Evidence* filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 10/20/2025. (Attachments: # 1 Proposed Order, # 2 Declaration Jessica Karp Bansal)(Bansal, Jessica) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/15/2025 | 154 | **Order re ECF 140 : Good cause having been shown in Plaintiffs' Unopposed Motion to Add Class Co-Counsel, this Motion is hereby granted. Lauren Michel Wilfong is hereby appointed as class co-counsel. Mx. Wilfong will represent Plaintiff classes along with lead class counsel Ahilan Arulanantham and class co-counsel Emilou MacLean, Eva Bitran, Michelle, (Minju) Y. Cho, Diana Sanchez, Amanda Young,** |

| | | |
|---|---|---|
| | | Jessica Karp Bansal, and Erik Crew. Signed by Judge Trina L. Thompson on 10/15/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc3, COURT STAFF) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/16/2025 | 155 | **ORDER ON WITHHELD DOCUMENTS BASED ON PRIVILEGE. Signed by Magistrate Judge Sallie Kim on 10/16/2025. (bxl, COURT STAFF) (Filed on 10/16/2025) (Entered: 10/16/2025)** |
| 10/20/2025 | 156 | OPPOSITION/RESPONSE (re 153 Administrative Motion re 144 Motion for Partial Summary Judgment *to Consider Extra-Record Evidence* ) filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Cappelletti, Daniel) (Filed on 10/20/2025) Modified on 10/22/2025 (kmg, COURT STAFF). (Entered: 10/20/2025) |
| 10/20/2025 | 157 | MOTION For Clarification Re: Order on Withheld Documents Based on Privilege re 155 Order, Terminate Motions filed by National TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. Responses due by 11/3/2025. Replies due by 11/10/2025. (Attachments: # 1 Proposed Order, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B)(MacLean, Emilou) (Filed on 10/20/2025) (Entered: 10/20/2025) |
| 10/21/2025 | 158 | **ORDER REGARDING CLARIFICATION. Signed by Magistrate Judge Sallie Kim on 10/21/2025. (bxl, COURT STAFF) (Filed on 10/21/2025) (Entered: 10/21/2025)** |
| 10/21/2025 | 159 | Emergency MOTION for Relief from Nondispositive Order of Magistrate Judge re 155 Order, Terminate Motions, 158 Order, Terminate Motions *re: privileged documents* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. Responses due by 10/23/2025. Replies due by 10/24/2025. (Attachments: # 1 Proposed Order)(Weiland, William) (Filed on 10/21/2025) (Entered: 10/21/2025) |
| 10/22/2025 | 160 | **ORDER DENYING DEFENDANTS' 159 EMERGENCY MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE. Signed by Judge Trina L. Thompson on 10/22/2025. (rfm, COURT USER) (Filed on 10/22/2025) (Entered: 10/22/2025)** |
| 10/22/2025 | 161 | CLERK'S NOTICE ADVANCING TIME OF HEARINGS SET FOR 11/18/2025. <br><br>The Preliminary Injunction Hearing, 110 MOTION to Dismiss *Plaintiffs' Complaint*, 142 MOTION for Summary Judgment , 143 MOTION Exclude Expert Testimony , and 144 MOTION for Partial Summary Judgment set for 11/18/2025 are ADVANCED to 9:30 AM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. <br><br>The briefing schedules are maintained. <br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*(rfm, COURT USER) (Filed on 10/22/2025) (Entered: 10/22/2025) |
| 10/22/2025 | 162 | Administrative Motion to File Under Seal *and Response to Order (Dkt. No. 160)* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Attachments: # 1 Exhibit NTPSA2_00000385, # 2 Exhibit NTPSA2_00000388, # 3 Exhibit NTPSA2_00000391, # 4 Exhibit NTPSA2_00000393, # 5 Exhibit NTPSA2_00000545, # 6 Exhibit NTPSA2_00000861, # 7 Exhibit NTPSA2_00000884, # 8 Exhibit NTPSA2_00000907, # 9 Exhibit NTPSA2_00000930, # 10 Exhibit NTPSA2_00001014, # 11 Exhibit NTPSA2_00001017, # 12 Exhibit NTPSA2_00001625, # 13 Exhibit Privilege Log)(Cappelletti, Daniel) (Filed on 10/22/2025) (Entered: 10/22/2025) |

| 10/23/2025 | 163 | OPPOSITION/RESPONSE (re 162 Administrative Motion to File Under Seal *and Response to Order (Dkt. No. 160)* ) *and Emergency Motion for Relief from Discovery Order 159* filed byNational TPS Alliance, Denis Molina, Jhony Silva, Maria Elena Hernandez, O.C., Sandhya Lama, S.K., Teofilo Martinez. (MacLean, Emilou) (Filed on 10/23/2025) (Entered: 10/23/2025) |
|---|---|---|
| 10/24/2025 | 164 | RESPONSE *to Order (ECF No. 160) (Supplemental)* by U.S. Department of Homeland Security, United States of America, Kristi Noem. (Attachments: # 1 Exhibit A (Magness Declaration), # 2 Exhibit B (Donahue Declaration), # 3 Exhibit C (Tyson Declaration), # 4 Exhibit D (Richardson Declaration))(Cappelletti, Daniel) (Filed on 10/24/2025) (Entered: 10/24/2025) |
| 10/28/2025 | 165 | **ORDER [160, 162] The Magistrate Judge's order requiring disclosure of the withheld documents by October 22, 2025, was AFFIRMED. The Challenged Documents are under seal for the Magistrate Court's in camera review. All parties shall otherwise comply with the Magistrate Judge's order at ECF 158. Signed by Judge Trina L. Thompson on October 28, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Thompson, Trina) (Filed on 10/28/2025) (Entered: 10/28/2025)** |
| 10/28/2025 | 166 | OPPOSITION/RESPONSE (re 144 MOTION for Partial Summary Judgment ) filed byKristi Noem, U.S. Department of Homeland Security, United States of America. (Wade, Shelby) (Filed on 10/28/2025) (Entered: 10/28/2025) |
| 10/28/2025 | 167 | OPPOSITION/RESPONSE to Defendants Motion for (re 142 MOTION for Summary Judgment ) filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva. (Arulanantham, Ahilan) (Filed on 10/28/2025) Modified on 10/30/2025 (kmg, COURT STAFF). (Entered: 10/28/2025) |
| 10/28/2025 | 168 | OPPOSITION/RESPONSE (re 143 MOTION Exclude Expert Testimony ) filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva. (Attachments: # 1 Declaration of Ahilan Arulanantham, # 2 Exhibit Index, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7)(Arulanantham, Ahilan) (Filed on 10/28/2025) Modified on 10/30/2025 (kmg, COURT STAFF). (Entered: 10/28/2025) |
| 10/31/2025 | 169 | **ORDER REGARDING CHALLENGED DOCUMENTS. Signed by Magistrate Judge Sallie Kim on 10/31/2025. (bxl, COURT STAFF) (Filed on 10/31/2025) (Entered: 10/31/2025)** |
| 11/03/2025 | 170 | Emergency MOTION for Relief from Nondispositive Order of Magistrate Judge (ECF No. 169) re 169 Order *Regarding Challenged Documents* filed by Kristi Noem, U.S. Department of Homeland Security, United States of America. Responses due by 11/17/2025. Replies due by 11/24/2025. (Attachments: # 1 Proposed Order, # 2 Exhibit A (Withheld DPP List), # 3 Exhibit B (Withheld DPP Privilege Log))(Cappelletti, Daniel) (Filed on 11/3/2025) (Entered: 11/03/2025) |
| 11/03/2025 | 171 | **Order re ECF 170 : On October 31, 2025, Magistrate Judge Sallie Kim ordered Defendants to produce material previously withheld under the deliberative process privilege. Defendants continue to contest the disclosure of these documents based on the deliberative process privilege and the law enforcement privilege. Defendants are ORDERED to file the 47 documents withheld under the deliberative process privilege at ECF [170-1] and the 5 pages of documents withheld under the law enforcement privilege under seal for the Court to conduct an *in camera* review of Defendants claimed privileges. Signed by Judge Trina L. Thompson on 11/3/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc3, COURT STAFF) (Filed on 11/3/2025) (Entered: 11/03/2025)** |

| | | |
|---|---|---|
| 11/04/2025 | 172 | Administrative Motion to File Under Seal *and Response to ECF No. 171* filed by Kristi Noem, U.S. Department of Homeland Security, United States of America. (Attachments: # 1 Exhibit A (Withheld DPP 1-10), # 2 Exhibit B (Withheld DPP 11-25), # 3 Exhibit C (Withheld DPP 26-47), # 4 Exhibit D (I&A Documents))(Cappelletti, Daniel) (Filed on 11/4/2025) (Entered: 11/04/2025) |
| 11/04/2025 | 173 | REPLY in Further Support of Defendant's (re 142 MOTION for Summary Judgment ) filed by U.S. Department of Homeland Security, United States of America. (Ross, Catherine) (Filed on 11/4/2025) Modified on 11/5/2025 (kmg, COURT STAFF). (Entered: 11/04/2025) |
| 11/04/2025 | 174 | REPLY in Further Support of (re 143 MOTION Exclude Expert Testimony ) filed by Kristi Noem, U.S. Department of Homeland Security, United States of America. (Bryant, Lauren) (Filed on 11/4/2025) Modified on 11/5/2025 (kmg, COURT STAFF). (Entered: 11/04/2025) |
| 11/04/2025 | 175 | REPLY in Support of (re 144 MOTION for Partial Summary Judgment ) filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva. (MacLean, Emilou) (Filed on 11/4/2025) Modified on 11/5/2025 (kmg, COURT STAFF). (Entered: 11/04/2025) |
| 11/04/2025 | 176 | Declaration of Emilou MacLean in Support of 175 Reply to Opposition/Response filed byMaria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36)(Related document(s) 175 ) (MacLean, Emilou) (Filed on 11/4/2025) (Entered: 11/04/2025) |
| 11/05/2025 | 177 | **ORDER [92, 170, 172] The Court REFERS to Magistrate Judge Sallie Kim the documents addressed in Docket Number 170 and submitted in camera in Docket Number 172 that were not previously submitted for in camera review. Magistrate Judge Kim shall review those newly submitted documents to determine whether any portions should be withheld as privileged. Signed by Judge Trina L. Thompson on November 5, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Thompson, Trina) (Filed on 11/5/2025) (Entered: 11/05/2025)** |
| 11/06/2025 | 178 | **ORDER REGARDING NEWLY SUBMITTED IN CAMERA DOCUMENTS. Signed by Magistrate Judge Sallie Kim on 11/6/2025. (bxl, COURT STAFF) (Filed on 11/6/2025) (Entered: 11/06/2025)** |
| 11/06/2025 | 179 | STIPULATION *to the Voluntary Dismissal of Plaintiffs S.K. and O.C. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii)* filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva. (Bansal, Jessica) (Filed on 11/6/2025) (Entered: 11/06/2025) |
| 11/10/2025 | 181 | Emergency MOTION for Relief from Nondispositive Order of Magistrate Judge (ECF No. 178) re 178 Order, Terminate Motions filed by Kristi Noem, U.S. Department of Homeland Security, United States of America. Responses due by 11/24/2025. Replies due by 12/1/2025. (Attachments: # 1 Proposed Order)(Cappelletti, Daniel) (Filed on 11/10/2025) (Entered: 11/10/2025) |

| 11/12/2025 | 182 | **QUESTIONS FOR THE HEARING Re: Dkt. Nos. 110 , 142 , 143 , 144 , 153 . Signed by Judge Trina L. Thompson on 11/12/2025. (rfm, COURT USER) (Filed on 11/12/2025) (Entered: 11/12/2025)** |
|---|---|---|
| 11/13/2025 | 183 | **ORDER DENYING DEFENDANTS' EMERGENCY MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (ECF 178) AND, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER. Signed by Judge Trina L. Thompson on 11/13/2025. (tltlc3, COURT STAFF) (Filed on 11/13/2025) (Entered: 11/13/2025)** |
| 11/14/2025 | 184 | Response re 182 Order *Questions for November 18, 2025, Hearing re: DKT. NOS 110, 142, 143, 144, 153* by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva. (Bansal, Jessica) (Filed on 11/14/2025) (Entered: 11/14/2025) |
| 11/14/2025 | 185 | RESPONSE re 182 Order *Questions for November 18, 2025 Hearing* by Kristi Noem, U.S. Department of Homeland Security, United States of America. (Bryant, Lauren) (Filed on 11/14/2025) (Entered: 11/14/2025) |
| 11/18/2025 | 186 | **QUESTIONS FOR THE HEARING Re: Dkt. No. 110 , 142 , 143 , 144 , 153 . Signed by Judge Trina L. Thompson on 11/17/2025. (rfm, COURT USER) (Filed on 11/18/2025) (Entered: 11/18/2025)** |
| 11/18/2025 | 187 | **Minute Entry for proceedings held before Judge Trina L Thompson: Motion Hearing held on 11/18/2025. re 110 MOTION to Dismiss *Plaintiffs' Complaint* filed by U.S. Department of Homeland Security, United States of America, Kristi Noem, 142 MOTION for Summary Judgment filed by U.S. Department of Homeland Security, United States of America, 143 MOTION Exclude Expert Testimony filed by U.S. Department of Homeland Security, United States of America, Kristi Noem, 144 MOTION for Partial Summary Judgment filed by National TPS Alliance, Jhony Silva, Teofilo Martinez, Maria Elena Hernandez, O.C., Sandhya Lama, Denis Molina, S.K.** <br><br>**The motions having been argued and submitted, the Court takes them under submission.** <br><br>**Written order to be issued.** <br><br>**Further Case Management Conference set for 1/22/2026 at 2:00 PM in San Francisco - Videoconference Only. Joint Case Management Statement due by 1/15/2026.** <br><br>**Total Time in Court: 2 hours, 39 minutes.** <br>**Court Reporter: Andrea Bluedorn.** <br>**Plaintiff Attorney: Jessica Bansal, Emi MacLean, Erik Crew, Amanda Young.** <br>**Defendant Attorney: William Weiland.** <br><br>***(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Date Filed: 11/18/2025) (Entered: 11/18/2025)** |
| 11/19/2025 | 188 | NOTICE by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva re 153 ADMINISTRATIVE MOTION re 144 MOTION for Partial Summary Judgment *to Consider Extra-Record Evidence* (MacLean, Emilou) (Filed on 11/19/2025) (Entered: 11/19/2025) |
| 11/19/2025 | 189 | **ORDER re ECF 188 : The Court has received the Plaintiffs' exhibit list in support of Plaintiffs' motion for partial summary judgment. The Court requests that Plaintiffs** |

|  |  | provide a revised exhibit index, which includes a separate column for (1) the category of extra-record evidence sought to be included (2) the motion exhibit docket number (3) the document name and (4) the passage or a description of the content relevant to Plaintiffs' motion for partial summary judgement. Signed by Judge Trina L. Thompson on 11/19/2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc3, COURT STAFF) (Filed on 11/19/2025) (Entered: 11/19/2025) |
|---|---|---|
| 11/20/2025 | 190 | TRANSCRIPT ORDER for proceedings held on 11/18/2025 before Judge Trina L Thompson by National TPS Alliance, for Court Reporter Andrea Bluedorn. (MacLean, Emilou) (Filed on 11/20/2025) (Entered: 11/20/2025) |
| 11/20/2025 | 191 | NOTICE by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva re 189 Order,, *Submission of Revised Exhibit Index Per Court Order* (Attachments: # 1 Exhibit Index)(MacLean, Emilou) (Filed on 11/20/2025) (Entered: 11/20/2025) |
| 11/24/2025 | 192 | TRANSCRIPT ORDER for proceedings held on 11/18/2025 before Judge Trina L Thompson by Kristi Noem, U.S. Department of Homeland Security, United States of America, for Court Reporter Andrea Bluedorn. (Ross, Catherine) (Filed on 11/24/2025) (Entered: 11/24/2025) |
| 11/24/2025 | 193 | **ORDER ON STIPULATION, MOTION TO CONSIDER EXTRA-RECORD EVIDENCE, AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL. Signed by Judge Trina L. Thompson on 11/24/2025. (tltlc3, COURT STAFF) (Filed on 11/24/2025) (Entered: 11/24/2025)** |
| 11/25/2025 | 194 | NOTICE of Withdrawal filed by William Weiland, no longer appearing on behalf of Kristi Noem, U.S. Department of Homeland Security, United States of America in this case (Weiland, William) (Filed on 11/25/2025) (Entered: 11/25/2025) |
| 12/01/2025 | 195 | Transcript of Proceedings held on 11-18-25, before Judge Trina Thompson. Court Reporter/Transcriber Andrea Bluedorn, telephone number Phone: 715-965-2298. Email: andrea_bluedorn@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 192 Transcript Order, 190 Transcript Order ) Release of Transcript Restriction set for 3/2/2026. (Related documents(s) 192 , 190 ) (Bluedorn, Andrea) (Filed on 12/1/2025) (Entered: 12/01/2025) |
| 12/17/2025 | 196 | NOTICE and Request for Judicial Notice of new TPS Termination Decision by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva *and Request for Judicial Notice of New TPS Termination Decisions* (Bansal, Jessica) (Filed on 12/17/2025) Modified on 12/22/2025 (kmg, COURT STAFF). (Entered: 12/17/2025) |
| 12/31/2025 | 197 | **ORDER ON 110 MOTION TO DISMISS; 143 MOTION TO EXCLUDE EXPERT TESTIMONY; 144 MOTION FOR PARTIAL SUMMARY JUDGMENT; 142 MOTION FOR SUMMARY JUDGMENT. Signed by Judge Trina L. Thompson on 12/31/2025. (rfm, COURT USER) (Filed on 12/31/2025) (Entered: 12/31/2025)** |
| 01/05/2026 | 198 | Emergency MOTION to Stay re 197 Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Miscellaneous Relief,, Order on Motion for Partial Summary Judgment, *Pending Appeal* filed by Kristi Noem, U.S. Department of Homeland Security, United States of America. Responses due by 1/12/2026. Replies due |

| | | |
|---|---|---|
| | | by 1/20/2026. (Attachments: # 1 Proposed Order)(Hartman, Jeffrey) (Filed on 1/5/2026) (Entered: 01/05/2026) |
| 01/05/2026 | 199 | MOTION to Shorten Time *to Respond to the Government's Motion for A Stay Pending Appeal* filed by Kristi Noem, U.S. Department of Homeland Security, United States of America. (Attachments: # 1 Proposed Order)(Hartman, Jeffrey) (Filed on 1/5/2026) (Entered: 01/05/2026) |
| 01/06/2026 | 200 | **Order re ECF 199 : Before the Court is the Defendants' motion to shorten time on a decision of their motion to stay the Courts partial final judgment setting aside the termination of the TPS designations for Honduras, Nepal, and Nicaragua at ECF 197. ECF 198 Having reviewed the motion and determined that expedited briefing is not warranted the motion is DENIED. Plaintiffs' response to is due January 12, 2026. Defendants' reply (if any) is due January 20, 2026. Signed by Judge Trina L. Thompson on 1/6/2026. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc3, COURT STAFF) (Filed on 1/6/2026) (Entered: 01/06/2026)** |
| 01/08/2026 | 201 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Kristi Noem, U.S. Department of Homeland Security, United States of America. Appeal of Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Miscellaneous Relief,, Order on Motion for Partial Summary Judgment, 197 (Appeal fee FEE WAIVED.) (Hartman, Jeffrey) (Filed on 1/8/2026) (Entered: 01/08/2026) |
| 01/09/2026 | 204 | USCA Case Number 26-199 Court of Appeals for the Ninth Circuit for 74 Notice of Appeal to the Ninth Circuit, filed by U.S. Department of Homeland Security, Kristi Noem, United States of America. (kmg, COURT STAFF) (Filed on 1/9/2026) (Entered: 01/15/2026) |
| 01/12/2026 | 202 | OPPOSITION/RESPONSE (re 198 Emergency MOTION to Stay re 197 Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Miscellaneous Relief,, Order on Motion for Partial Summary Judgment, *Pending Appeal* ) *PLAINTIFFS OPPOSITION TO DEFENDANTS EMERGENCY MOTION TO STAY* filed byMaria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva. (Bansal, Jessica) (Filed on 1/12/2026) (Entered: 01/12/2026) |
| 01/13/2026 | 203 | REPLY (re 198 Emergency MOTION to Stay re 197 Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Miscellaneous Relief,, Order on Motion for Partial Summary Judgment, *Pending Appeal* ) *Advising Court of Intent to Seek Stay Pending Appeal From Ninth Circuit On January 14, 2026* filed byKristi Noem, U.S. Department of Homeland Security, United States of America. (Hartman, Jeffrey) (Filed on 1/13/2026) (Entered: 01/13/2026) |
| 01/15/2026 | 205 | JOINT CASE MANAGEMENT STATEMENT filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva. (Bansal, Jessica) (Filed on 1/15/2026) (Entered: 01/15/2026) |
| 01/16/2026 | 206 | USCA Motion Case No. 26-199 Court of Appeals for the Ninth Circuit for 204 USCA Case Number. (kmg, COURT STAFF) (Filed on 1/16/2026) (Entered: 01/20/2026) |
| 01/21/2026 | 207 | MOTION (Emergency Motion for Compliance) re 197 Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Miscellaneous Relief,, Order on Motion for Partial Summary Judgment, filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva. Responses due by 2/4/2026. Replies due by 2/11/2026. (Attachments: # 1 Declaration of Jessica Bansal, # 2 Declaration of Jose A. Palma, # 3 Declaration of J.L., # 4 Declaration of V.T., # 5 Proposed Order)(Bansal, Jessica) (Filed on 1/21/2026) (Entered: 01/21/2026) |

| | | |
|---|---|---|
| 01/21/2026 | 208 | ADMINISTRATIVE MOTION to Shorten Time and Set Briefing Schedule re: Plaintiffs' Emergency Administrative Motion to Shorten Time and Plaintiffs' Emergency Motion for Compliance re 207 MOTION (Emergency Motion for Compliance) re 197 Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Miscellaneous Relief,, Order on Motion for Partial Summary Judgment, filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva. Responses due by 1/26/2026. (Attachments: # 1 Declaration of Jessica Bansal, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Bansal, Jessica) (Filed on 1/21/2026) (Entered: 01/21/2026) |
| 01/22/2026 | 209 | **Minute Entry for proceedings held before Judge Trina L Thompson: Further Case Management Conference held via Zoom webinar on 1/22/2026.**<br><br>**Tentative revised case scheduling order shared with the parties is adopted and subject to an administrative motion to modify the schedule. Parties will meet and confer regarding a trial schedule.**<br><br>**Total Time in Court: 7 minutes.**<br>**Court Reporter: Not reported.**<br>**Plaintiff Attorney: Jessica Bansal, Emi MacLean.**<br>**Defendant Attorney: Catherine Ross, Jeffrey Hartman, Ruth Anne Miller.**<br><br>***(This is a text-only entry generated by the court. There is no document associated with this entry.)*** **(rfm, COURT USER) (Date Filed: 1/22/2026) (Entered: 01/23/2026)** |
| 01/23/2026 | 210 | **REVISED CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Judge Trina L. Thompson on 1/22/2026.**<br><br>**Bench Trial set for 11/9/2026 at 9:00 AM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Estimated Length: TBD.**<br><br>**Final Pretrial Conference set for 9/24/2026 at 3:00 PM in San Francisco, Courtroom 09, 19th Floor. Joint Pretrial Statement due by 8/20/2026.**<br><br>**Further Case Management Conference set for 6/11/2026 at 2:00 PM in San Francisco - Videoconference Only. Joint Case Management Statement due by 6/4/2026.**<br><br>**207 Plaintiff's Motion for Compliance Hearing: TBD.**<br>**Reply due by 2/11/2026.**<br>**Response due by 2/4/2026.**<br>**Motion filed on 1/21/2026.**<br><br>**208 Administrative Motion to Shorten the Briefing Schedule for ECF No. 207**<br>**Response due by 1/26/2026.**<br>**Motion filed on 1/21/2026.**<br><br>**All other previously ordered dates are maintained.**<br><br>**(rfm, COURT USER) (Filed on 1/23/2026) (Entered: 01/23/2026)** |
| 01/26/2026 | 211 | OPPOSITION/RESPONSE (re 208 ADMINISTRATIVE MOTION to Shorten Time and Set Briefing Schedule re: Plaintiffs' Emergency Administrative Motion to Shorten Time and Plaintiffs' Emergency Motion for Compliance re 207 MOTION (Emergency Motion |

|  |  | for Compliance) re 197 ) filed byU.S. Department of Homeland Security, United States of America. (Ross, Catherine) (Filed on 1/26/2026) (Entered: 01/26/2026) |
|---|---|---|
| 01/26/2026 | 212 | **Order re ECF 208 : Good cause not shown, all dates set by the Court's Revised Case Management and Scheduling Order at ECF 210 are MAINTAINED. Signed by Judge Trina L. Thompson on 1/26/2026.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tltlc3, COURT STAFF) (Filed on 1/26/2026) Modified on 1/27/2026 (kmg, COURT STAFF). (Entered: 01/26/2026)** |
| 02/04/2026 | 213 | OPPOSITION/RESPONSE (re 207 MOTION (Emergency Motion for Compliance) re 197 Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Miscellaneous Relief,, Order on Motion for Partial Summary Judgment, ) filed byU.S. Department of Homeland Security, United States of America. (Ross, Catherine) (Filed on 2/4/2026) (Entered: 02/04/2026) |
| 02/09/2026 | 214 | ORDER of USCA case no.26-199 as to 206 USCA. (kmg, COURT STAFF) (Filed on 2/9/2026) (Entered: 02/11/2026) |
| 02/11/2026 | 215 | **Order re ECF 214 : In light of the Ninth Circuit's recent decision in USCA case no. 26-199, Defendants' motion to stay the Court's December 31, 2025 Order at ECF 198 and Plaintiffs' motion for compliance at ECF 107 are each denied as moot. This matter is stayed pending further instruction from the Ninth Circuit. Signed by Judge Trina L. Thompson on 2/11/2026.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tltlc3, COURT STAFF) (Filed on 2/11/2026) (Entered: 02/11/2026)** |
| 03/23/2026 | 216 | ORDER of USCA Case no. 25-4901 as to 214 USCA Order. (kmg, COURT STAFF) (Filed on 3/23/2026) (Entered: 03/26/2026) |
| 04/02/2026 | 217 | NOTICE of Withdrawal filed by Diana Sanchez, no longer appearing on behalf of Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva in this case (Sanchez, Diana) (Filed on 4/2/2026) (Entered: 04/02/2026) |
| 04/27/2026 | 218 | **Notice is hereby given to all parties that the parties' case management conference set for June 11, 2026, 2026, 2:00 PM is rescheduled to July 9, 2026, 2:00 PM via videoconference. A joint case management statement is due July 2, 2026. Signed by Judge Trina L. Thompson on 4/27/2026.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tltlc3, COURT STAFF) (Filed on 4/27/2026) (Entered: 04/27/2026)** |
| 04/28/2026 |  | Set Deadlines/Hearings re ECF No. 218: Case Management Statement due by 7/2/2026. Further Case Management Conference set for 7/9/2026 02:00 PM in San Francisco, - Videoconference Only. (rfm, COURT USER) (Filed on 4/28/2026) (Entered: 04/28/2026) |
| 05/08/2026 | 219 | NOTICE of Withdrawal filed by Cleland B. Welton, II, no longer appearing on behalf of State of California in this case (Welton, Cleland) (Filed on 5/8/2026) (Entered: 05/08/2026) |
| 06/04/2026 | 220 | NOTICE of Withdrawal filed by Ilana R. Kramer, no longer appearing on behalf of Kristi Noem, U.S. Department of Homeland Security, United States of America in this case (Kramer, Ilana) (Filed on 6/4/2026) (Entered: 06/04/2026) |
| 07/02/2026 | 221 | JOINT CASE MANAGEMENT STATEMENT filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva. (Bansal, Jessica) (Filed on 7/2/2026) (Entered: 07/02/2026) |
| 07/09/2026 | 222 | NOTICE of Withdrawal filed by Eva Lucia Bitran, no longer appearing on behalf of Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS |

| | | |
|---|---|---|
| | | Alliance, O.C., S.K., Jhony Silva in this case (Bitran, Eva) (Filed on 7/9/2026) (Entered: 07/09/2026) |
| 07/09/2026 | 223 | **Minute Entry for proceedings held before Judge Trina L Thompson: Further Case Management Conference held via Zoom webinar on 7/9/2026.** <br><br> **The Court shall consider lifting the stay upon notice of final disposition from the Ninth Circuit in NTPSA v. Noem, Case No. 26-199, ECF No. 4.1 (9th Cir. 2026) or at the 9/24/2026 Further Case Management Conference whichever is the latest.** <br><br> **Pretrial Conference re-set for a Further Case Management Conference on 9/24/2026 at 2:00 PM in San Francisco - Videoconference Only. Joint Case Management Statement due by 9/17/2026.** <br><br> **Counsel to meet and confer regarding an agreed upon updated case schedule.** <br><br> **Total Time in Court: 7 minutes.** <br> **Court Reporter: Not reported or recorded.** <br> **Plaintiff Attorney: Jessica Bansal, Emi MacLean.** <br> **Defendant Attorney: Daniel Cappelletti, Jeffrey Hartman, Catherine Ross.** <br><br> *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(rfm, COURT USER) (Date Filed: 7/9/2026) (Entered: 07/10/2026)** |
| 07/14/2026 | 224 | ORDER of USCA VACATED and REMANDED. Case Number 26-199 as to 206 USCA Case Number. (kmg, COURT STAFF) (Filed on 7/14/2026) (Entered: 07/14/2026) |
| 07/14/2026 | 225 | **Order re ECF 224 : In light of the Ninth Circuit's disposition in National TPS Alliance, et al. v. Mullin, et al., 26-199 entered on July 14, 2026, the stay in the matter before this Court is hereby lifted. Plaintiffs' motion for leave to amend the pleadings, in a manner consistent with the instruction and clarity provided by the Ninth Circuit and the Supreme Court, is due by no later than July 24, 2026. Defendants shall respond by July 31, 2026. Within seven (7) days of this Court's ruling on Plaintiffs' forthcoming request for leave to amend, the parties shall review the last Case Management Order at ECF 210 , meet and confer, and submit an agreed upon updated schedule. The Further Case Management Conference on 9/24/2026 at 2:00 PM in San Francisco - Videoconference Only is maintained. Joint Case Management Statement due by 9/17/2026.. Signed by Judge Trina L. Thompson on 7/14/2026.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tltlc3, COURT STAFF) (Filed on 7/14/2026) (Entered: 07/14/2026)** |
| 07/20/2026 | 226 | NOTICE of Substitution of Counsel: Attorney Mohammad K Tajsar substituted for Eva Bitran on behalf of Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva (Tajsar, Mohammad) (Filed on 7/20/2026) (Entered: 07/20/2026) |
| 07/20/2026 | 227 | NOTICE of Appearance filed by Vanessa Young on behalf of Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva (Young, Vanessa) (Filed on 7/20/2026) (Entered: 07/20/2026) |
| 07/22/2026 | 228 | NOTICE of Appearance filed by Alina Nicole Salgado on behalf of Kristi Noem, U.S. Department of Homeland Security, United States of America (Salgado, Alina) (Filed on 7/22/2026) (Entered: 07/22/2026) |
| 07/24/2026 | 229 | MOTION for Leave to File *a First Amended Complaint Pursuant to FED. R. CIV. P. 15(a)(2); Memorandum of Points and Authorities in Support Thereof* filed by Maria Elena |

| | | |
|---|---|---|
| | | Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, O.C., S.K., Jhony Silva. (Attachments: # 1 Exhibit A)(MacLean, Emilou) (Filed on 7/24/2026) (Entered: 07/24/2026) |
| 07/31/2026 | 230 | OPPOSITION/RESPONSE (re 229 MOTION for Leave to File *a First Amended Complaint Pursuant to FED. R. CIV. P. 15(a)(2); Memorandum of Points and Authorities in Support Thereof* ) filed byU.S. Department of Homeland Security, United States of America. (Ross, Catherine) (Filed on 7/31/2026) (Entered: 07/31/2026) |
| 08/03/2026 | 231 | ADMINISTRATIVE MOTION for Leave to File a Reply in Support of re 229 MOTION for Leave to File *a First Amended Complaint Pursuant to FED. R. CIV. P. 15(a)(2); Memorandum of Points and Authorities in Support Thereof* filed by Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva. Responses due by 8/7/2026. (Attachments: # 1 Exhibit A, # 2 Declaration of Jessica Karp Bansal, # 3 Proposed Order)(Bansal, Jessica) (Filed on 8/3/2026) (Entered: 08/03/2026) |
| 08/05/2026 | 232 | NOTICE by U.S. Department of Homeland Security, United States of America *of Withdrawal of Counsel* (Ross, Catherine) (Filed on 8/5/2026) (Entered: 08/05/2026) |
| 08/06/2026 | 233 | **Order re ECF 229 and 231 : Plaintiffs' request for leave to file the reply at ECF 231 is granted. Plaintiffs' request to amend the operative complaint to add the First Claim and Fourth Claim is denied. This matter is set for further status conference on August 13, 2026, 3:00 p.m. via videoconference. At the status conference the parties should be prepared to discuss whether the Court should grant Plaintiffs leave to add the proposed Third Claim. Signed by Judge Trina L. Thompson on 8/6/2026. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tltlc3, COURT STAFF) (Filed on 8/6/2026) (Entered: 08/06/2026)** |
| 08/07/2026 | 234 | NOTICE of Substitution of Counsel: Attorney Emily Chengxi Zhu substituted for Amanda Young on behalf of Maria Elena Hernandez, Sandhya Lama, Teofilo Martinez, Denis Molina, National TPS Alliance, Jhony Silva (Zhu, Emily) (Filed on 8/7/2026) (Entered: 08/07/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/10/2026 16:54:53 | | |
| **PACER Login:** | adamgitlin | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-cv-05687-TLT |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |