**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 30, 2026

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Doe v. Mullin*, Nos. 26 Civ. 2103, 26 Civ. 2280 (DEH)

Dear Judge Ho:

This Office represents Defendants (the "government") in the above-referenced related putative class actions challenging the Secretary of Homeland Security's decision to terminate Yemen's Temporary Protected Status designation. The government writes, on behalf of both parties, to set forth their proposals regarding how this litigation should proceed. *See* Case No. 26 Civ. 2280, Dkt. No. 118.

**Stipulated Agreement Between Government and Plaintiffs in Case No. 26 Civ. 2280**

After meeting and conferring and exchanging multiple proposals, the government and Plaintiffs in Case No. 26 Civ. 2280 ("*Abdo Doe* Plaintiffs") have agreed to the following schedule, which accounts for their various personal obligations and professional obligations in other matters. The schedule also gives the parties time to meet and confer before any motion is filed, to see if they can resolve any disputes without the Court's involvement.

- **November 9, 2026**: Plaintiffs will serve the government with the categories of documents and discovery they intend to move for and request information that could aid the parties' negotiations, including requests for information about documents that have been withheld as privileged.

- **By November 17, 2026**: The parties will meet and confer regarding the issues raised by Plaintiffs, on the understanding that their negotiations will be confidential.

- **November 20, 2026**: If necessary, Plaintiffs will move to complete the administrative record and for discovery on the equal protection claim, including extra-record discovery.

- **December 9, 2026**: The government will oppose Plaintiffs' motion(s) and cross-move for a summary briefing schedule or, alternatively, for a stay of discovery and certification of the equal protection claim for interlocutory appeal.

- **December 23, 2026**: Plaintiffs will reply in support of their motion and oppose the government's cross-motion.
- **January 11, 2027**: The government will file reply in support of its cross-motion.
- **7 days after the Court rules**: The parties file a joint letter with proposed next steps.

**<u>Proposal by Plaintiffs in Case No. 26 Civ. 2103</u>**

Plaintiffs in Case No. 26 Civ. 2103 make the following proposal:

*Schedule 1 – Completeness of the Certified Administrative Record*

- **November 13, 2026**: Plaintiffs serve a letter identifying the categories of documents they contend were omitted from the certified administrative record.
- **December 4, 2026**: Parties complete a meet and confer on the identified deficiencies.
- **December 18, 2026**: Plaintiffs file their motion to complete the administrative record.
- **January 8, 2027**: Defendants file their opposition.
- **January 15, 2027**: Plaintiffs file their reply.

*Schedule 2 – Extra-Record Discovery (following resolution of the record)*

- Within 14 days after the Court rules on the completeness motion and Defendants complete any production ordered, Plaintiffs will advise whether they seek extra-record discovery. If they do, briefing would proceed as follows:
- **That same date (within 14 days after the Court rules)**: Plaintiffs serve proposed extra-record discovery requests, identifying discrete categories.
- **21 days after service**: Parties complete meet and confer on the proposed requests.
- **21 days after the conferral deadline**: Plaintiffs file their motion for leave to take extra-record discovery.
- **14 days after the motion**: Defendants file their opposition.
- **7 days after the opposition**: Plaintiffs file their reply.

The parties thank the Court for its attention to these matters.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Mark Osmond*

MARK OSMOND
Assistant United States Attorney
Tel.: (212) 637-2713
mark.osmond@usdoj.gov

cc: All Counsel of Record (via ECF)