AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Doe et al<br>*Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-02280 |
| Noem et al<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Abdo Doe et al .

Date: 11/23/2026

/s/ Sunil Tohan
*Attorney's signature*

Sunil Tohan - 6369300
*Printed name and bar number*

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York, New York 10012
*Address*

stohan@ccrjustice.org
*E-mail address*

(212) 614-6493
*Telephone number*

*FAX number*

Print Save As... Reset